UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,         :
                                  :
            -against-             :
                                  :
DARIUS XAVIER JOHNSON,            :
                                  :
                      Defendant.  :
------------------------------------------------------x

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★  OCT 24 2016  ★
BROOKLYN OFFICE

**VERDICT SHEET**

15 Crim. 227 (ENV)

**WE, THE JURY, DULY DRAWN AND SWORN TO TRY THIS ACTION, IN ACCORDANCE WITH PRINCIPLES OF LAW AS CHARGED BY THE COURT, SAY WE FIND OUR VERDICT BY ANSWERING THE FOLLOWING QUESTIONS SUBMITTED BY THE COURT:**

I.   COUNT ONE: CONSPIRACY TO COMMIT FRAUD

As to the charge of conspiracy to commit mail fraud, how do you find the defendant, DARIUS JOHNSON, guilty or not guilty?

     Guilty _____                    Not Guilty ___✓___

1

As to the charge of conspiracy to commit wire fraud, how do you find the defendant, DARIUS JOHNSON, guilty or not guilty?

    Guilty _____           Not Guilty  ✓ 

## II.   COUNT TWO: WIRE FRAUD

As to Count Two of the indictment, how do you find the defendant, DARIUS JOHNSON, guilty or not guilty?

    Guilty _____           Not Guilty  ✓ 

## III.   COUNT THREE: WIRE FRAUD

As to Count Three of the indictment, how do you find the defendant, DARIUS XAVIER JOHNSON, guilty or not guilty?

    Guilty _____           Not Guilty  ✓ 

## IV. COUNT FOUR: MONEY LAUNDERING CONSPIRACY

As to Count Four of the indictment, how do you find the defendant, DARIUS XAVIER JOHNSON, guilty or not guilty?

Guilty _____          Not Guilty ✓

## V. REPORT TO THE COURT

Please advise the Court by separate note that you have reached a verdict.

_/s/_ _____          10/24/2016 _____
**FOREPERSON'S SIGNATURE**               **DATE**