AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

__Eastern__ DISTRICT OF __New York__

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 24 2016 ★
BROOKLYN OFFICE

UNITED STATES OF AMERICA

v.

Darius Xavier Johnson

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 15cr227(ENV)

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

/s/ USDJ ERIC N. VITALIANO
_____
Signature of Judge

| ERIC N. VITALIANO | U.S.D.J. |
|---|---|
| Name of Judge | Title of Judge |

10/24/2016
_____
Date