FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D N.Y

★ OCT 2 8 2016

BROOKLYN OFFICE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

-------------------------------------------------- x

UNITED STATES OF AMERICA, :

 :

 -against- :

 :

DARIUS XAVIER JOHNSON, :

 :

  Defendant. :

 :

-------------------------------------------------- x

## FINAL JURY CHARGE

### 15 Crim. 227 (ENV)

## TABLE OF CONTENTS

PRELIMINARY INSTRUCTIONS ....................................................... 5

THE DUTIES OF THE JURY ............................................................ 7

PARTIES ARE EQUAL BEFORE THE COURT ................................ 10

PRESUMPTION OF INNOCENCE ................................................... 12

BURDEN OF PROOF ...................................................................... 14

REASONABLE DOUBT .................................................................. 15

EVIDENCE GENERALLY ............................................................... 18

STIPULATIONS .............................................................................. 19

WHAT IS NOT EVIDENCE ............................................................ 20

CHARTS AND SUMMARIES .......................................................... 24

DIRECT AND CIRCUMSTANTIAL EVIDENCE .............................. 25

EXHIBIT

3

INFERENCES .......................................................................................30

IMPERMISSIBLE TO INFER GUILT FROM ASSOCIATION ...................32

WEIGHING CREDIBILITY INCLUDING *FALSUS IN UNO*.......................33

PRIOR INCONSISTENT STATEMENTS...........................................37

INTEREST IN OUTCOME.................................................................40

TESTIMONY OF DEFENDANT .......................................................43

DEFENDANT'S REPUTATION AND CHARACTER...........................44

LAW ENFORCEMENT EMPLOYEE TESTIMONY..........................46

ALL AVAILABLE EVIDENCE NEED NOT BE PRODUCED ......................48

INTERVIEWED WITNESSES..........................................................49

NUMBER OF WITNESSES AND UNCONTRADICTED TESTIMONY......50

OTHER INDIVIDUALS NOT ON TRIAL...........................................53

ACTS AND DECLARATIONS OF CO-CONSPIRATORS..........................55

LIMITING INSTRUCTION ON REVERSE 404(B) EVIDENCE OF OTHER

CRIMES...............................................................................................58

INTRODUCTION TO INDICTMENT ...............................................61

DATES APPROXIMATE.................................................................63

VENUE.................................................................................................64

USE OF CONJUNCTIVE AND DISJUNCTIVE IN INDICTMENT.............66

ii

KNOWINGLY AND INTENTIONALLY ............................................................67

CONSPIRACY GENERALLY ..........................................................................69

WIRE FRAUD GENERALLY ..........................................................................81

MAIL FRAUD GENERALLY ........................................................................100

COUNT 1: CONSPIRACY TO COMMIT MAIL FRAUD OR WIRE FRAUD ............................................................................................................103

AIDING AND ABETTING GENERALLY ......................................................107

COUNTS 2 AND 3: WIRE FRAUD................................................................115

COUNT 4: CONSPIRACY TO COMMIT MONEY LAUNDERING ..........120

GOOD FAITH.................................................................................................138

INTRODUCTION TO DELIBERATIONS AND SELECTING A FOREPERSON .................................................................................................139

DELIBERATIONS ...........................................................................................140

UNANIMOUS VERDICT.................................................................................142

TIME AND PLACE OF DELIBERATIONS ....................................................143

NO CONSIDERATION OF PUNISHMENT ....................................................144

NO COMMUNICATIONS RULE ....................................................................146

JURY RECOLLECTION AND JURY NOTES................................................148

COMPLETION OF VERDICT SHEET ...........................................................150

**BIAS** ....................................................................................................**152**

**JUROR'S OATH OF DUTY** ...............................................................**153**

**DISMISSAL OF ALTERNATE JURORS**......................................**154**

**PAUSE FOR EXCEPTIONS TO CHARGE** ...................................**155**

## PRELIMINARY INSTRUCTIONS

MEMBERS OF THE JURY, NOW THAT THE EVIDENCE IN THIS CASE HAS BEEN PRESENTED, IT IS MY RESPONSIBILITY TO INSTRUCT YOU AS TO THE LAW THAT GOVERNS THIS CASE. BEFORE I DO SO, I WANT TO THANK YOU FOR YOUR PATIENCE AND COOPERATION.

MY INSTRUCTIONS WILL BE IN THREE PARTS:

FIRST: I WILL INSTRUCT YOU REGARDING THE GENERAL RULES THAT DEFINE AND GOVERN THE DUTIES OF A JURY IN A CRIMINAL CASE;

SECOND: I WILL INSTRUCT YOU AS TO THE LEGAL ELEMENTS OF THE CRIMES CHARGED IN THE INDICTMENT, THAT IS, THE SPECIFIC ELEMENTS THAT THE GOVERNMENT MUST PROVE BEYOND A

REASONABLE DOUBT TO WARRANT A FINDING OF GUILT;

AND

THIRD:  I WILL GIVE YOU SOME GENERAL RULES

REGARDING YOUR DELIBERATIONS.

## THE DUTIES OF THE JURY

YOU HAVE NOW HEARD ALL OF THE EVIDENCE IN THE CASE.

IT IS YOUR DUTY TO FIND THE FACTS FROM ALL THE EVIDENCE IN THIS CASE.  YOU ARE THE SOLE JUDGES OF THE FACTS, AND IT IS, THEREFORE, FOR YOU AND YOU ALONE TO PASS UPON THE WEIGHT OF THE EVIDENCE; TO RESOLVE SUCH CONFLICTS AS MAY HAVE APPEARED IN THE EVIDENCE; AND TO DRAW SUCH INFERENCES AS YOU DEEM TO BE REASONABLE AND WARRANTED FROM THE EVIDENCE OR LACK OF EVIDENCE IN THIS CASE.

WITH RESPECT TO ANY QUESTION CONCERNING THE FACTS, IT IS YOUR RECOLLECTION OF THE EVIDENCE THAT CONTROLS.

TO THE FACTS AS YOU FIND THEM, YOU MUST APPLY

THE LAW IN ACCORDANCE WITH MY INSTRUCTIONS.

WHILE THE LAWYERS MAY HAVE COMMENTED ON SOME

OF THESE LEGAL RULES, YOU MUST BE GUIDED ONLY BY

WHAT I INSTRUCT YOU ABOUT THEM.  YOU MUST

FOLLOW ALL THE RULES AS I EXPLAIN THEM TO YOU.

YOU MAY NOT FOLLOW SOME AND IGNORE OTHERS;

EVEN IF YOU DISAGREE WITH OR DO NOT UNDERSTAND

THE REASONS FOR SOME OF THE RULES, YOU ARE BOUND

TO FOLLOW THEM.

I EXPRESS NO VIEW WHETHER THE DEFENDANT IS

GUILTY OR NOT GUILTY OR AS TO ANY FACT.  YOU

SHOULD NOT DRAW ANY INFERENCE OR REACH ANY

CONCLUSION AS TO WHETHER THE DEFENDANT IS

GUILTY OR NOT GUILTY FROM ANYTHING I MAY HAVE

SAID OR DONE.  YOU WILL DECIDE THE CASE SOLELY ON

THE FACTS YOU FIND AND THE LAW AS I GIVE IT TO YOU.

## PARTIES ARE EQUAL BEFORE THE COURT

IN REACHING YOUR VERDICT, YOU ARE TO

PERFORM THE DUTY OF FINDING THE FACTS WITHOUT

BIAS OR PREJUDICE AS TO ANY PARTY.  YOU MUST

REMEMBER THAT ALL PARTIES STAND EQUAL BEFORE A

JURY IN THE COURTS OF THE UNITED STATES.  THE FACT

THAT THE GOVERNMENT IS A PARTY AND THE

PROSECUTION IS BROUGHT IN THE NAME OF THE UNITED

STATES DOES NOT ENTITLE THE GOVERNMENT OR ITS

WITNESSES TO ANY GREATER CONSIDERATION THAN

THAT ACCORDED TO THE DEFENDANT.  BY THE SAME

TOKEN, YOU MUST GIVE IT NO LESS CONSIDERATION.

YOUR VERDICT MUST BE BASED SOLELY ON THE

EVIDENCE OR LACK OF EVIDENCE.

FOR THE SAME REASONS, THE PERSONALITIES AND THE CONDUCT OF COUNSEL ARE NOT IN ANY WAY IN ISSUE.  IF YOU FORMED REACTIONS OF ANY KIND TO ANY OF THE LAWYERS IN THE CASE, FAVORABLE OR UNFAVORABLE, WHETHER YOU APPROVED OR DISAPPROVED OF THEIR BEHAVIOR, THOSE REACTIONS MUST NOT ENTER INTO YOUR DELIBERATIONS.

## PRESUMPTION OF INNOCENCE

THE INDICTMENT THAT WAS FILED AGAINST THE

DEFENDANT IS THE MEANS BY WHICH THE GOVERNMENT

GIVES THE DEFENDANT NOTICE OF THE CHARGES

AGAINST HIM AND BRINGS HIM BEFORE THE COURT.  THE

INDICTMENT IS AN ACCUSATION AND NOTHING MORE.

THE INDICTMENT IS NOT EVIDENCE AND YOU ARE TO

GIVE IT NO WEIGHT IN ARRIVING AT YOUR VERDICT.

THE DEFENDANT, IN RESPONSE TO THE INDICTMENT,

PLEADED "NOT GUILTY."  A DEFENDANT IS PRESUMED TO

BE INNOCENT UNLESS HIS GUILT HAS BEEN PROVEN

BEYOND A REASONABLE DOUBT, AND THAT

PRESUMPTION ALONE, UNLESS OVERCOME, IS

SUFFICIENT TO ACQUIT HIM.  THE DEFENDANT IS ON

TRIAL FOR THE CRIMES CHARGED AGAINST HIM IN THE

INDICTMENT AND NOT FOR ANYTHING ELSE.

# BURDEN OF PROOF

THE GOVERNMENT HAS THE BURDEN – THAT IS, THE

OBLIGATION – OF PROVING GUILT BEYOND A

REASONABLE DOUBT.  THIS BURDEN NEVER SHIFTS TO

THE DEFENDANT.  THE DEFENDANT DOES NOT HAVE TO

PROVE HIS INNOCENCE; HE NEED NOT SUBMIT ANY

EVIDENCE AT ALL.

## REASONABLE DOUBT

SINCE, IN ORDER TO CONVICT THE DEFENDANT OF A GIVEN CHARGE, THE GOVERNMENT IS REQUIRED TO PROVE THAT CHARGE BEYOND A REASONABLE DOUBT, THE QUESTION THEN IS:  WHAT IS REASONABLE DOUBT? THE WORDS ALMOST DEFINE THEMSELVES.  IT IS A DOUBT BASED UPON REASON.  IT IS A DOUBT THAT A REASONABLE PERSON HAS AFTER CAREFULLY WEIGHING ALL OF THE EVIDENCE OR LACK OF EVIDENCE.  IT IS A DOUBT THAT WOULD CAUSE A REASONABLE PERSON TO HESITATE TO ACT IN A MATTER OF IMPORTANCE IN HIS OR HER PERSONAL LIFE.  PROOF BEYOND A REASONABLE DOUBT MUST, THEREFORE, BE PROOF OF A CONVINCING CHARACTER

THAT A REASONABLE PERSON WOULD NOT HESITATE TO

RELY UPON IN MAKING AN IMPORTANT DECISION.

A REASONABLE DOUBT IS NOT CAPRICE OR WHIM.

IT IS NOT SPECULATION OR SUSPICION. IT IS NOT AN

EXCUSE TO AVOID THE PERFORMANCE OF AN

UNPLEASANT DUTY. THE LAW DOES NOT REQUIRE THAT

THE GOVERNMENT PROVE GUILT BEYOND ALL POSSIBLE

DOUBT: PROOF BEYOND A REASONABLE DOUBT IS

SUFFICIENT TO CONVICT.

IF, AFTER FAIR AND IMPARTIAL CONSIDERATION OF

THE EVIDENCE, YOU HAVE A REASONABLE DOUBT AS TO

THE DEFENDANT'S GUILT WITH RESPECT TO A

PARTICULAR CHARGE AGAINST HIM, YOU MUST FIND

THE DEFENDANT NOT GUILTY OF THAT CHARGE. ON THE

OTHER HAND, IF AFTER FAIR AND IMPARTIAL CONSIDERATION OF ALL THE EVIDENCE, YOU ARE SATISFIED BEYOND A REASONABLE DOUBT OF THE DEFENDANT'S GUILT WITH RESPECT TO A PARTICULAR CHARGE AGAINST HIM, YOU SHOULD FIND THE DEFENDANT GUILTY OF THAT CHARGE.

## EVIDENCE GENERALLY

I WISH TO EXPAND NOW ON THE INSTRUCTIONS I

GAVE YOU AT THE BEGINNING OF THE TRIAL AS TO

WHAT IS EVIDENCE AND HOW YOU SHOULD CONSIDER IT.

EVIDENCE COMES IN SEVERAL FORMS, INCLUDING:

A.  SWORN TESTIMONY OF WITNESSES, BOTH ON

DIRECT AND CROSS-EXAMINATION, AND REGARDLESS OF

WHO CALLED THE WITNESS;

B.  EXHIBITS THAT HAVE BEEN RECEIVED IN

EVIDENCE BY THE COURT; AND

C.  FACTS TO WHICH ALL THE LAWYERS HAVE

AGREED BY STIPULATION.

## STIPULATIONS

WITH RESPECT TO STIPULATIONS, THE PARTIES

HAVE STIPULATED TO CERTAIN FACTS IN THIS CASE.

SUCH A STIPULATION IS AN AGREEMENT AMONG THE

PARTIES THAT A CERTAIN FACT IS TRUE.  YOU MUST

CONSIDER SUCH STIPULATED FACTS AS TRUE.

## WHAT IS NOT EVIDENCE

CERTAIN THINGS ARE NOT EVIDENCE AND ARE TO

BE DISREGARDED BY YOU IN DECIDING WHAT THE FACTS

ARE.  THEY ARE AS FOLLOWS:

FIRST, ARGUMENTS OR STATEMENTS BY LAWYERS

ARE NOT EVIDENCE.

QUESTIONS PUT TO THE WITNESSES ARE NOT

EVIDENCE.  IT IS THE QUESTION COMBINED WITH THE

ANSWER THAT IS EVIDENCE.

IN ADDITION TO THE LAWYERS' QUESTIONS, I

OCCASIONALLY MAY HAVE ASKED QUESTIONS FOR

PURPOSES OF CLARIFICATION.  PLEASE DO NOT ASSUME

THAT THE QUESTIONS ARE EVIDENCE OR THAT I HOLD

ANY OPINION ON THE MATTERS TO WHICH ANY

QUESTIONS MAY HAVE RELATED. I DO NOT. THOSE QUESTIONS WERE ASKED SOLELY IN AN EFFORT OR ATTEMPT TO MAKE SOMETHING CLEARER.

SIMILARLY, OBJECTIONS TO QUESTIONS OR TO OFFERED EXHIBITS ARE NOT EVIDENCE. IN THIS REGARD, ATTORNEYS HAVE A DUTY TO THEIR CLIENTS TO OBJECT WHEN THEY BELIEVE EVIDENCE SHOULD NOT BE RECEIVED. YOU SHOULD NOT BE INFLUENCED BY THE OBJECTION OR BY THE COURT'S RULING ON IT. IF THE OBJECTION WAS SUSTAINED, IGNORE THE QUESTION. IF THE OBJECTION WAS OVERRULED, TREAT THE ANSWER LIKE ANY OTHER ANSWER.

OF COURSE, TESTIMONY THAT HAS BEEN STRICKEN OR THAT YOU HAVE BEEN INSTRUCTED TO DISREGARD IS NOT EVIDENCE, AND MUST BE DISREGARDED.

EQUALLY OBVIOUS, ANYTHING YOU MAY HAVE SEEN OR HEARD OUTSIDE THE COURTROOM IS NOT EVIDENCE.

FINALLY, IT WOULD BE IMPROPER FOR YOU TO CONSIDER, IN REACHING YOUR DECISION AS TO WHETHER THE GOVERNMENT SUSTAINED ITS BURDEN OF PROOF, ANY PERSONAL FEELINGS YOU MAY HAVE ABOUT THE DEFENDANT'S RACE, RELIGION, NATIONAL ORIGIN, ETHNIC BACKGROUND, SEX, OR AGE. ALL PERSONS ARE ENTITLED TO THE PRESUMPTION OF INNOCENCE AND THE GOVERNMENT HAS THE SAME BURDEN OF PROOF. IN ADDITION, IT WOULD BE EQUALLY IMPROPER FOR

YOU TO ALLOW ANY FEELINGS YOU MIGHT HAVE ABOUT

THE GOVERNMENT OF THE UNITED STATES OR THE

NATURE OF THE CRIME CHARGED TO INTERFERE WITH

YOUR DECISION-MAKING PROCESS.

TO REPEAT, YOUR VERDICT MUST BE BASED

EXCLUSIVELY UPON THE EVIDENCE OR THE LACK OF

EVIDENCE IN THE CASE.

## CHARTS AND SUMMARIES

THE PARTIES HAVE PRESENTED EXHIBITS IN THE

FORM OF CHARTS AND SUMMARIES.  I DECIDED TO

ADMIT THESE CHARTS AND SUMMARIES IN PLACE OF

THE UNDERLYING DOCUMENTS THAT THEY REPRESENT

IN ORDER TO SAVE TIME AND AVOID UNNECESSARY

INCONVENIENCE.  YOU SHOULD CONSIDER THESE

CHARTS AND SUMMARIES AS YOU WOULD ANY OTHER

EVIDENCE.

## DIRECT AND CIRCUMSTANTIAL EVIDENCE

I TOLD YOU THAT EVIDENCE COMES IN VARIOUS

FORMS SUCH AS THE SWORN TESTIMONY OF WITNESSES,

EXHIBITS, AND STIPULATIONS.

THERE ARE, IN ADDITION, DIFFERENT KINDS OF

EVIDENCE -- DIRECT AND CIRCUMSTANTIAL.

DIRECT EVIDENCE IS THE COMMUNICATION OF A

FACT BY A WITNESS, WHO TESTIFIED TO THE

KNOWLEDGE OF THAT FACT AS HAVING BEEN OBTAINED

THROUGH ONE OF THE FIVE SENSES.  SO, FOR EXAMPLE,

A WITNESS WHO TESTIFIED TO KNOWLEDGE OF A FACT

BECAUSE HE SAW IT, HEARD IT, SMELLED IT, TASTED IT,

OR TOUCHED IT IS GIVING EVIDENCE WHICH IS DIRECT.

WHAT REMAINS IS YOUR RESPONSIBILITY TO PASS UPON

THE CREDIBILITY OF THE TESTIMONY THAT WITNESS

GAVE.

CIRCUMSTANTIAL EVIDENCE IS EVIDENCE WHICH

TENDS TO PROVE A FACT IN ISSUE BY PROOF OF OTHER

FACTS FROM WHICH THE FACT IN ISSUE MAY BE

INFERRED.

THE WORD "INFER" – OR THE EXPRESSION "TO

DRAW AN INFERENCE" -- MEANS TO FIND THAT A FACT

EXISTS FROM PROOF OF ANOTHER FACT.  FOR EXAMPLE,

IF A FACT IN ISSUE IS WHETHER IT IS RAINING AT THE

MOMENT, NONE OF US CAN TESTIFY DIRECTLY TO THAT

FACT SITTING AS WE ARE IN WHAT IS AN ESSENTIALLY

WINDOWLESS COURTROOM.  ASSUME, HOWEVER, THAT

AS WE ARE SITTING HERE, A PERSON WALKS INTO THE

COURTROOM WEARING A RAINCOAT THAT IS DRIPPING

WET AND CARRYING AN UMBRELLA THAT IS DRIPPING

WATER.  WE MAY INFER FROM THOSE FACTS THAT IT IS

RAINING OUTSIDE.  IN OTHER WORDS, THE FACT OF RAIN

IS AN INFERENCE THAT COULD BE DRAWN FROM THE

WET RAINCOAT AND THE DRIPPING UMBRELLA.

HOWEVER, FROM THE DIRECT EVIDENCE OF YOUR

OBSERVATION OF A PERSON ENTERING THE

COURTROOM WEARING A WET RAINCOAT AND

CARRYING A WET UMBRELLA ALONE, YOU COULD NOT

INFER EXACTLY WHEN THE RAIN HAD STARTED OR FOR

HOW LONG IT HAD RAINED.

AN INFERENCE IS TO BE DRAWN ONLY IF IT IS

LOGICAL AND REASONABLE TO DO SO.  IN DECIDING

WHETHER TO DRAW AN INFERENCE, YOU MUST LOOK AT AND CONSIDER ALL THE FACTS IN THE LIGHT OF REASON, COMMON SENSE, AND EXPERIENCE.  WHETHER A GIVEN INFERENCE IS OR IS NOT TO BE DRAWN IS ENTIRELY A MATTER FOR YOU, THE JURY, TO DECIDE. PLEASE BEAR IN MIND, HOWEVER, THAT AN INFERENCE IS NOT TO BE DRAWN BY GUESSWORK OR SPECULATION.

I REMIND YOU ONCE AGAIN THAT YOU MAY NOT CONVICT THE DEFENDANT UNLESS YOU ARE SATISFIED OF HIS GUILT BEYOND A REASONABLE DOUBT, WHETHER BASED ON DIRECT EVIDENCE, CIRCUMSTANTIAL EVIDENCE, OR THE LOGICAL INFERENCES TO BE DRAWN FROM SUCH EVIDENCE.

CIRCUMSTANTIAL EVIDENCE DOES NOT

NECESSARILY PROVE LESS THAN DIRECT EVIDENCE, NOR

DOES IT NECESSARILY PROVE MORE.  YOU ARE TO

CONSIDER ALL THE EVIDENCE IN THE CASE, DIRECT AND

CIRCUMSTANTIAL, IN DETERMINING WHAT THE FACTS

ARE AND IN ARRIVING AT YOUR VERDICT.

## INFERENCES

I WILL NOW INSTRUCT YOU FURTHER ABOUT

INFERENCES.  DURING THE TRIAL, YOU MAY HAVE

HEARD THE ATTORNEYS USE THE TERM "INFERENCE,"

AND IN THEIR ARGUMENTS THEY MAY HAVE ASKED YOU

TO INFER, ON THE BASIS OF YOUR REASON, EXPERIENCE,

AND COMMON SENSE, FROM ONE OR MORE PROVEN

FACTS, THE EXISTENCE OF SOME OTHER FACTS.

WHETHER OR NOT THE LAWYERS ASKED YOU TO

DRAW INFERENCES FROM THE EVIDENCE, YOU HAVE

THE POWER TO DO SO.  BUT, IN DRAWING INFERENCES,

YOU MUST KEEP IN MIND THAT AN INFERENCE IS NOT A

SUSPICION OR A GUESS.  IT IS A LOGICAL CONCLUSION

THAT A DISPUTED FACT EXISTS THAT WE REACH IN

LIGHT OF ANOTHER FACT WHICH HAS BEEN SHOWN TO

EXIST.  THERE ARE TIMES WHEN DIFFERENT INFERENCES

MAY BE DRAWN FROM FACTS, WHETHER PROVED BY

DIRECT OR CIRCUMSTANTIAL EVIDENCE.  IT IS FOR YOU,

AND YOU ALONE, TO DECIDE WHAT INFERENCES, IF ANY,

YOU WILL DRAW.

KEEP IN MIND THAT THE MERE EXISTENCE OF AN

INFERENCE AGAINST THE DEFENDANT DOES NOT

RELIEVE THE GOVERNMENT OF THE BURDEN OF

ESTABLISHING ITS CASE BEYOND A REASONABLE DOUBT.

## IMPERMISSIBLE TO INFER GUILT FROM ASSOCIATION

IN CONSIDERING INFERENCES, KEEP IN MIND THAT

YOU MAY NOT INFER THAT THE DEFENDANT IS GUILTY

OF CRIMINAL CONDUCT MERELY FROM THE FACT THAT

HE ASSOCIATED WITH OTHER PEOPLE WHO WERE

GUILTY OF WRONGDOING, OR THAT HE WAS PRESENT AT

THE TIME THAT CRIMINAL CONDUCT WAS BEING

COMMITTED, OR THAT HE HAD KNOWLEDGE THAT IT

WAS BEING COMMITTED.

## WEIGHING CREDIBILITY INCLUDING *FALSUS IN UNO*

IN DECIDING WHAT THE FACTS ARE, YOU MUST DECIDE WHICH TESTIMONY TO BELIEVE AND WHICH TESTIMONY NOT TO BELIEVE.  IN MAKING THAT DECISION, YOU SHOULD USE THE SAME REASON YOU WOULD EMPLOY IN MAKING DETERMINATIONS IMPORTANT IN YOUR OWN AFFAIRS THAT ARE BASED ON INFORMATION GIVEN TO YOU BY OTHERS.  THERE ARE A NUMBER OF FACTORS YOU MAY TAKE INTO ACCOUNT IN DETERMINING WHETHER THE TESTIMONY OF A WITNESS IS BELIEVABLE, INCLUDING THE FOLLOWING:

(1)  DID THE WITNESS IMPRESS YOU AS HONEST?

(2)  DID THE WITNESS HAVE ANY PARTICULAR REASON NOT TO TELL THE TRUTH?

(3)  **DID THE WITNESS HAVE A PERSONAL INTEREST IN THE OUTCOME OF THE CASE?**

(4)  **DID THE WITNESS SEEM TO HAVE A GOOD MEMORY?**

(5)  **DID THE WITNESS HAVE THE OPPORTUNITY AND ABILITY TO OBSERVE ACCURATELY THE THINGS HE TESTIFIED ABOUT?**

(6)  **DID THE WITNESS APPEAR TO UNDERSTAND THE QUESTIONS CLEARLY AND ANSWER THEM DIRECTLY?**

(7)  **DID THE WITNESS'S TESTIMONY DIFFER FROM THE TESTIMONY OF OTHER WITNESSES?**

**PEOPLE SOMETIMES FORGET THINGS.  A CONTRADICTION MAY BE AN INNOCENT LAPSE OF MEMORY OR IT MAY BE AN INTENTIONAL FALSEHOOD.**

CONSIDER, THEREFORE, WHETHER THE

CONTRADICTION, IF THERE WAS ONE, HAS TO DO WITH

AN IMPORTANT FACT, OR ONLY A SMALL DETAIL.

DIFFERENT PEOPLE OBSERVING AN EVENT MAY

REMEMBER IT DIFFERENTLY AND THEREFORE TESTIFY

ABOUT IT DIFFERENTLY.

BUT, IF ANY WITNESS IS SHOWN TO HAVE

WILLFULLY LIED ABOUT ANY MATERIAL MATTER, YOU

HAVE THE RIGHT TO CONCLUDE THAT THE WITNESS

ALSO LIED ABOUT OTHER MATTERS.  YOU MAY EITHER

DISREGARD ALL OF THAT WITNESS'S TESTIMONY, OR

YOU MAY ACCEPT WHATEVER PART OF IT YOU THINK

DESERVES TO BE BELIEVED.

**YOU MAY CONSIDER THE FACTORS I HAVE JUST**

**DISCUSSED WITH YOU IN DECIDING HOW MUCH WEIGHT**

**TO GIVE TO TESTIMONY.**

## PRIOR INCONSISTENT STATEMENTS

YOU HAVE HEARD EVIDENCE THAT A WITNESS MADE A STATEMENT ON AN EARLIER OCCASION WHICH COUNSEL ARGUES IS INCONSISTENT WITH THE WITNESS'S TRIAL TESTIMONY.  EVIDENCE OF A PRIOR INCONSISTENT STATEMENT IS NOT TO BE CONSIDERED BY YOU AS AFFIRMATIVE EVIDENCE BEARING ON THE DEFENDANT'S GUILT.  EVIDENCE OF THE PRIOR INCONSISTENT STATEMENT WAS PLACED BEFORE YOU FOR THE MORE LIMITED PURPOSE OF HELPING YOU DECIDE WHETHER TO BELIEVE THE TRIAL TESTIMONY OF THE WITNESS WHO CONTRADICTED HIMSELF.  IF YOU FIND THAT THE WITNESS MADE AN EARLIER STATEMENT THAT CONFLICTS WITH HIS TRIAL TESTIMONY, YOU MAY

CONSIDER THAT FACT IN DECIDING HOW MUCH OF HIS

TRIAL TESTIMONY, IF ANY, TO BELIEVE.

IN MAKING THIS DETERMINATION, YOU MAY

CONSIDER WHETHER THE WITNESS PURPOSELY MADE A

FALSE STATEMENT OR WHETHER IT WAS AN INNOCENT

MISTAKE; WHETHER THE INCONSISTENCY CONCERNS AN

IMPORTANT FACT, OR WHETHER IT HAD TO DO WITH A

SMALL DETAIL; WHETHER THE WITNESS HAD AN

EXPLANATION FOR THE INCONSISTENCY, AND WHETHER

THAT EXPLANATION APPEALED TO YOUR COMMON

SENSE.

IT IS EXCLUSIVELY YOUR DUTY, BASED UPON ALL

THE EVIDENCE AND YOUR OWN GOOD JUDGMENT, TO

DETERMINE WHETHER THE PRIOR STATEMENT WAS

INCONSISTENT, AND IF SO, HOW MUCH, IF ANY, WEIGHT TO BE GIVEN TO THE INCONSISTENT STATEMENT IN DETERMINING WHETHER TO BELIEVE ALL OR PART OF THE WITNESS'S TESTIMONY.

## INTEREST IN OUTCOME

IN EVALUATING CREDIBILITY OF THE WITNESSES, YOU SHOULD TAKE INTO ACCOUNT ANY EVIDENCE THAT THE WITNESS WHO TESTIFIED MAY BENEFIT IN SOME WAY FROM THE OUTCOME OF THIS CASE. SUCH AN INTEREST IN THE OUTCOME CREATES A MOTIVE TO TESTIFY FALSELY AND MAY SWAY THE WITNESS TO TESTIFY IN A WAY THAT ADVANCES HIS OWN INTERESTS. THEREFORE, IF YOU FIND THAT ANY WITNESS WHOSE TESTIMONY YOU ARE CONSIDERING MAY HAVE AN INTEREST IN THE OUTCOME OF THIS TRIAL, THEN YOU SHOULD BEAR THAT FACTOR IN MIND WHEN EVALUATING THE CREDIBILITY OF HIS OR HER TESTIMONY AND ACCEPT IT WITH GREAT CARE.

THIS IS NOT TO SUGGEST THAT EVERY WITNESS WHO HAS AN INTEREST IN THE OUTCOME OF A CASE WILL TESTIFY FALSELY.  IT IS FOR YOU TO DECIDE TO WHAT EXTENT, IF AT ALL, A WITNESS' INTEREST HAS AFFECTED OR COLORED HIS OR HER TESTIMONY.

**[INTENTIONALLY LEFT BLANK]**

## TESTIMONY OF DEFENDANT

IN A CRIMINAL CASE, THE DEFENDANT CANNOT BE REQUIRED TO TESTIFY, BUT, IF THE DEFENDANT CHOOSES TO TESTIFY, HE IS, OF COURSE, PERMITTED TO TAKE THE WITNESS STAND ON HIS OWN BEHALF.  YOU SHOULD EXAMINE AND EVALUATE THE DEFENDANT'S TESTIMONY JUST AS YOU WOULD THE TESTIMONY OF ANY WITNESS WITH AN INTEREST IN THE OUTCOME OF THIS CASE.  YOU SHOULD NOT DISREGARD OR DISBELIEVE THE DEFENDANT'S TESTIMONY SIMPLY BECAUSE HE IS CHARGED AS THE DEFENDANT IN THIS CASE.

## DEFENDANT'S REPUTATION AND CHARACTER

THE DEFENDANT HAS CALLED WITNESSES WHO HAVE TESTIFIED TO HIS GOOD REPUTATION IN THE COMMUNITY AND GOOD CHARACTER.  THIS TESTIMONY IS NOT TO BE TAKEN BY YOU AS THE WITNESS'S OPINION AS TO WHETHER THE DEFENDANT IS GUILTY OR NOT GUILTY.  THAT QUESTION IS FOR YOU ALONE TO DETERMINE.  YOU SHOULD, HOWEVER, CONSIDER THIS REPUTATION AND CHARACTER EVIDENCE TOGETHER WITH ALL THE OTHER FACTS AND ALL OTHER EVIDENCE IN THE CASE IN DETERMINING WHETHER THE DEFENDANT IS GUILTY OR NOT GUILTY OF THE CHARGES.

SUCH CHARACTER EVIDENCE ALONE MAY INDICATE TO YOU THAT IT IS IMPROBABLE THAT A PERSON OF GOOD REPUTATION WOULD COMMIT THE OFFENSES CHARGED.  ACCORDINGLY, IF, AFTER

CONSIDERING THE QUESTION OF THE DEFENDANT'S GOOD REPUTATION AND CHARACTER, YOU FIND THAT A REASONABLE DOUBT HAS BEEN CREATED, YOU MUST ACQUIT HIM OF ALL THE CHARGES.

ON THE OTHER HAND, IF AFTER CONSIDERING ALL THE EVIDENCE INCLUDING THAT OF DEFENDANT'S REPUTATION AND CHARACTER, YOU ARE SATISFIED BEYOND A REASONABLE DOUBT THAT THE DEFENDANT IS GUILTY, YOU SHOULD NOT ACQUIT THE DEFENDANT MERELY BECAUSE YOU BELIEVE HIM TO BE A PERSON OF GOOD CHARACTER OR REPUTATION.

## LAW ENFORCEMENT EMPLOYEE TESTIMONY

DURING THIS TRIAL, YOU HAVE HEARD THE TESTIMONY OF LAW ENFORCEMENT EMPLOYEES.  THE FACT THAT A WITNESS IS A LAW ENFORCEMENT EMPLOYEE DOES NOT MEAN THAT HIS OR HER TESTIMONY IS ENTITLED TO ANY GREATER WEIGHT.  BY THE SAME TOKEN, THE TESTIMONY OF SUCH A WITNESS IS NOT ENTITLED TO LESS CONSIDERATION FOR THAT REASON.

AT THE SAME TIME, IT IS QUITE LEGITIMATE FOR DEFENSE COUNSEL TO TRY TO ATTACK THE CREDIBILITY OF A LAW ENFORCEMENT WITNESS ON THE GROUNDS THAT HIS OR HER TESTIMONY MAY BE

COLORED BY A PERSONAL OR PROFESSIONAL INTEREST

IN THE OUTCOME OF THE CASE.

YOU SHOULD CONSIDER THE TESTIMONY OF A LAW

ENFORCEMENT EMPLOYEE JUST AS YOU WOULD ANY

OTHER EVIDENCE IN THE CASE AND EVALUATE HIS OR

HER CREDIBILITY JUST AS YOU WOULD THAT OF ANY

OTHER WITNESS.  AFTER REVIEWING ALL THE

EVIDENCE, YOU WILL DECIDE WHETHER TO ACCEPT THE

TESTIMONY OF A LAW ENFORCEMENT EMPLOYEE, AND

WHAT WEIGHT, IF ANY, THAT TESTIMONY DESERVES.

## ALL AVAILABLE EVIDENCE NEED NOT BE PRODUCED

THE LAW DOES NOT REQUIRE ANY PARTY TO CALL AS WITNESSES ALL PERSONS WHO MAY HAVE BEEN PRESENT AT ANY TIME OR PLACE INVOLVED IN THE CASE, OR WHO MAY APPEAR TO HAVE SOME KNOWLEDGE OF THE MATTER IN ISSUE AT THIS TRIAL. NOR DOES THE LAW REQUIRE ANY PARTY TO PRODUCE AS EXHIBITS ALL PAPERS AND THINGS MENTIONED DURING THE COURSE OF THE TRIAL.  AND, OF COURSE, A DEFENDANT IN A CRIMINAL CASE IS NOT REQUIRED TO CALL ANY WITNESSES OR PRODUCE ANY EVIDENCE AT ALL.

## **INTERVIEWED WITNESSES**

DURING THE COURSE OF TRIAL YOU HEARD TESTIMONY THAT ATTORNEYS INTERVIEWED WITNESSES WHEN PREPARING FOR AND DURING THE TRIAL. YOU MUST NOT DRAW ANY UNFAVORABLE INFERENCE FROM THAT FACT.

ON THE CONTRARY, ATTORNEYS ARE OBLIGED TO PREPARE THEIR CASE AS THOROUGHLY AS POSSIBLE, AND IN THE DISCHARGE OF THAT RESPONSIBILITY, PROPERLY INTERVIEW WITNESSES IN PREPARATION FOR THE TRIAL AND FROM TIME TO TIME AS MAY BE REQUIRED DURING THE COURSE OF TRIAL.

# NUMBER OF WITNESSES

# AND UNCONTRADICTED TESTIMONY

THE FACT THAT ONE SIDE OR THE OTHER CALLED

MORE WITNESSES OR INTRODUCED MORE EVIDENCE

DOES NOT MEAN THAT YOU SHOULD FIND THE FACTS IN

FAVOR OF THE SIDE WHO CALLED MORE

WITNESSES.  YOU MUST NOT PERMIT THE NUMBER OF

WITNESSES OR DOCUMENTS SUPPLIED OR THE AMOUNT

OF TIME TAKEN IN EXAMINING A WITNESS TO

OVERWHELM YOUR JUDGMENT.  THE WEIGHT OF THE

EVIDENCE IS BY NO MEANS DETERMINED BY THE

NUMBER OF WITNESSES OR THE LENGTH OF THEIR

TESTIMONY OR THE QUANTITY OF DOCUMENTS.  YOU

MUST KEEP IN MIND THAT THE BURDEN OF PROOF IS

ALWAYS ON THE GOVERNMENT AND A DEFENDANT IS

NOT REQUIRED TO CALL ANY WITNESS OR OFFER ANY

EVIDENCE BECAUSE A DEFENDANT IS PRESUMED TO BE

INNOCENT.

BY THE SAME TOKEN, YOU DO NOT HAVE TO ACCEPT

THE TESTIMONY OF ANY WITNESS WHO HAS NOT BEEN

CONTRADICTED OR IMPEACHED, IF YOU FIND THE

WITNESS NOT TO BE CREDIBLE.  YOU ALSO HAVE TO

DECIDE WHICH WITNESSES TO BELIEVE AND WHICH

FACTS ARE TRUE.  TO DO THIS YOU MUST LOOK AT ALL

THE EVIDENCE, DRAWING UPON YOUR OWN COMMON

SENSE AND PERSONAL EXPERIENCE.  BUT, AGAIN, YOU

MUST KEEP IN MIND THAT THE BURDEN OF PROOF IS

ALWAYS ON THE GOVERNMENT AND A DEFENDANT IS

**NOT REQUIRED TO CALL ANY WITNESSES OR OFFER ANY**

**EVIDENCE, BECAUSE HE IS PRESUMED TO BE INNOCENT.**

## OTHER INDIVIDUALS NOT ON TRIAL

YOU HEARD EVIDENCE ABOUT THE INVOLVEMENT OF CERTAIN OTHER INDIVIDUALS IN THE CRIMES CHARGED IN THE INDICTMENT.  YOU MAY NOT DRAW ANY INFERENCE, FAVORABLE OR UNFAVORABLE, TOWARD THE GOVERNMENT OR THE DEFENDANT ON TRIAL FROM THE FACT THAT CERTAIN PERSONS ARE NOT ON TRIAL BEFORE YOU.  YOU SHOULD DRAW NO INFERENCE FROM THE FACT THAT ANY OTHER PERSON IS NOT PRESENT AT THIS TRIAL.  YOUR CONCERN IS SOLELY THE DEFENDANT ON TRIAL BEFORE YOU.

THAT OTHER INDIVIDUALS ARE NOT ON TRIAL BEFORE YOU IS NOT A MATTER OF CONCERN TO YOU.  YOU SHOULD NOT SPECULATE AS TO THE REASONS

THESE INDIVIDUALS ARE NOT ON TRIAL BEFORE YOU.

THE FACT THAT THESE INDIVIDUALS ARE NOT ON TRIAL

BEFORE YOU SHOULD NOT CONTROL OR INFLUENCE

YOUR VERDICT WITH REFERENCE TO THE DEFENDANT

WHO IS ON TRIAL.  YOU MUST ONLY CONSIDER WHETHER

THE GOVERNMENT HAS PROVED, BEYOND A

REASONABLE DOUBT, THAT THE DEFENDANT IS GUILTY

OF A CRIME.

## ACTS AND DECLARATIONS OF CO-CONSPIRATORS

YOU WILL RECALL THAT I HAVE ADMITTED INTO

EVIDENCE AGAINST THE DEFENDANT THE ACTS AND

STATEMENTS OF OTHERS BECAUSE THESE ACTS AND

STATEMENTS WERE COMMITTED BY PERSONS WHO, THE

GOVERNMENT CHARGES, WERE ALSO CONFEDERATES

OR CO-CONSPIRATORS OF THE DEFENDANT ON TRIAL.

THE REASON FOR ALLOWING THIS EVIDENCE TO BE

RECEIVED AGAINST THE DEFENDANT HAS TO DO WITH

THE NATURE OF THE CRIME OF CONSPIRACY.  A

CONSPIRACY IS OFTEN REFERRED TO AS A PARTNERSHIP

IN CRIME.  THUS, AS IN OTHER TYPES OF PARTNERSHIPS,

WHEN PEOPLE ENTER INTO A CONSPIRACY TO

ACCOMPLISH AN UNLAWFUL END, EACH AND EVERY

MEMBER BECOMES AN AGENT FOR THE OTHER CONSPIRATORS IN CARRYING OUT THE CONSPIRACY.

ACCORDINGLY, THE REASONABLY FORESEEABLE ACTS, DECLARATIONS, STATEMENTS, AND OMISSIONS OF ANY MEMBER OF THE CONSPIRACY AND IN FURTHERANCE OF THE COMMON PURPOSE OF THE CONSPIRACY, ARE DEEMED, UNDER THE LAW, TO BE THE ACTS OF ALL OF THE MEMBERS, AND ALL OF THE MEMBERS ARE RESPONSIBLE FOR SUCH ACTS, DECLARATIONS, STATEMENTS, AND OMISSIONS.

IF YOU FIND, BEYOND A REASONABLE DOUBT, THAT THE DEFENDANT WAS A MEMBER OF THE CONSPIRACY CHARGED IN THE INDICTMENT, THEN, ANY ACTS DONE OR STATEMENTS MADE IN FURTHERANCE OF THE

CONSPIRACY BY PERSONS ALSO FOUND BY YOU TO HAVE

BEEN MEMBERS OF THAT CONSPIRACY, MAY BE

CONSIDERED AGAINST THE DEFENDANT.  THIS IS SO

EVEN IF SUCH ACTS WERE DONE AND STATEMENTS WERE

MADE IN THE DEFENDANT'S ABSENCE AND WITHOUT HIS

KNOWLEDGE.

HOWEVER, BEFORE YOU MAY CONSIDER THE

STATEMENTS OR ACTS OF A CO-CONSPIRATOR IN

DECIDING THE ISSUE OF THE DEFENDANT'S GUILT, YOU

MUST FIRST DETERMINE THAT THE ACTS AND

STATEMENTS WERE MADE DURING THE EXISTENCE, AND

IN FURTHERANCE, OF THE UNLAWFUL SCHEME.

# LIMITING INSTRUCTION ON REVERSE 404(B) EVIDENCE OF

# OTHER CRIMES

ALSO IN MY INSTRUCTIONS TO YOU AT THE START

OF THE TRIAL, I TOLD YOU THAT IF EVIDENCE WAS

RECEIVED FOR A LIMITED PURPOSE, IT WAS NOT

EVIDENCE YOU COULD CONSIDER FOR ANY OTHER

PURPOSE.  I DID GIVE YOU SUCH A LIMITING

INSTRUCTION IN THIS CASE.  DURING THE TRIAL YOU

HEARD EVIDENCE OFFERED BY THE DEFENDANT TO

SHOW THAT ON A DIFFERENT OCCASION MELDE

RUTLEDGE ENGAGED IN CONDUCT SIMILAR TO THE

CONDUCT CHARGED IN THE INDICTMENT.

IN THAT CONNECTION, LET ME REMIND YOU THAT

NEITHER MELDE RUTLEDGE NOR DARIUS JOHNSON IS ON

TRIAL FOR COMMITTING THIS ACT NOT ALLEGED IN THE

INDICTMENT. ACCORDINGLY, YOU MAY NOT CONSIDER

THIS EVIDENCE OF THE SIMILAR ACT BY MELDE

RUTLEDGE AS A SUBSTITUTE FOR PROOF THAT DARIUS

JOHNSON COMMITTED THE CRIMES CHARGED. NOR MAY

YOU CONSIDER THIS EVIDENCE AS PROOF THAT MELDE

RUTLEDGE HAS A CRIMINAL PERSONALITY OR BAD

CHARACTER. THE EVIDENCE OF THE OTHER, SIMILAR

ACT WAS ADMITTED FOR A MUCH MORE LIMITED

PURPOSE AND YOU MAY CONSIDER IT ONLY FOR THAT

LIMITED PURPOSE.

IF YOU DETERMINE THAT MELDE RUTLEDGE WAS

INVOLVED IN THE COMMISSION OF ANY OF THE ACTS

CHARGED IN THE INDICTMENT AND THE SIMILAR ACTS

AS WELL, THEN YOU MAY, BUT YOU NEED NOT DRAW AN

INFERENCE THAT HIS INVOLVEMENT IN THE ACTS

CHARGED IN THE INDICTMENT WAS KNOWING AND

INTENTIONAL AND NOT BECAUSE OF SOME MISTAKE,

ACCIDENT OR OTHER INNOCENT REASONS.

EVIDENCE OF SIMILAR ACTS MAY NOT BE

CONSIDERED BY YOU FOR ANY OTHER PURPOSE.

SPECIFICALLY, YOU MAY NOT USE THIS EVIDENCE TO

CONCLUDE THAT BECAUSE MELDE RUTLEDGE

COMMITTED THE OTHER ACT HE MUST ALSO HAVE BEEN

INVOLVED IN THE COMMISSION OF THE ACTS CHARGED

IN THE INDICTMENT.

## INTRODUCTION TO INDICTMENT

I WILL NOW TURN TO THE SECOND PART OF THIS CHARGE -- AND WILL, AS I INDICATED AT THE OUTSET, INSTRUCT YOU AS TO THE SPECIFIC ELEMENTS OF THE CRIMES CHARGED THAT THE GOVERNMENT MUST PROVE BEYOND A REASONABLE DOUBT TO WARRANT A FINDING OF GUILT IN THIS CASE.

THE DEFENDANT IS FORMALLY CHARGED IN AN INDICTMENT. AS I INSTRUCTED YOU AT THE BEGINNING OF THIS CASE, AN INDICTMENT IS A CHARGE OR ACCUSATION. THE INDICTMENT IN THIS CASE CONTAINS A TOTAL OF 4 COUNTS.

YOU MUST, AS A MATTER OF LAW, CONSIDER EACH COUNT OF THE INDICTMENT SEPARATELY, AND YOU

MUST RETURN A SEPARATE VERDICT FOR EACH COUNT

ON WHICH THE DEFENDANT IS CHARGED.

TO REPEAT, AN INDICTMENT IS MERELY AN

ACCUSATION IN WRITING.  IT IS NOT EVIDENCE OF

GUILT.  IT IS ENTITLED TO NO WEIGHT IN YOUR

DETERMINATION OF THE FACTS.  THE DEFENDANT HAS

PLEADED NOT GUILTY, THEREBY PLACING IN ISSUE

EACH ALLEGATION IN THE INDICTMENT.

AS TO THE INDICTMENT IN THIS CASE, I WILL FIRST

GO OVER SOME OF THE GENERAL TERMS, THEN THE

SPECIFIC CRIMES CHARGED IN EACH COUNT.

## DATES APPROXIMATE

THE INDICTMENT CHARGES "ON OR ABOUT"

CERTAIN DATES.  IT DOES NOT MATTER IF THE

INDICTMENT CHARGES THAT A SPECIFIC ACT OCCURRED

ON OR ABOUT A CERTAIN DATE, AND THE EVIDENCE

INDICATES THAT, IN FACT, IT WAS ON ANOTHER DATE.

THE LAW ONLY REQUIRES SUBSTANTIAL SIMILARITY

BETWEEN THE DATES ALLEGED IN THE INDICTMENT AND

THE DATE ESTABLISHED BY TESTIMONY OR EXHIBITS.

## VENUE

IN ADDITION TO THE ELEMENTS OF THE OFFENSE, YOU MUST CONSIDER WHETHER ANY ACT IN FURTHERANCE OF THE CRIME OCCURRED WITHIN THE EASTERN DISTRICT OF NEW YORK.

YOU ARE INSTRUCTED THAT THE EASTERN DISTRICT OF NEW YORK ENCOMPASSES THE COUNTIES OF KINGS, NASSAU, QUEENS, RICHMOND, AND SUFFOLK.

IN THIS REGARD, THE GOVERNMENT NEED NOT PROVE THAT THE CRIME ITSELF WAS COMMITTED IN THIS DISTRICT OR THAT THE DEFENDANT HIMSELF WAS PRESENT HERE.  IT IS SUFFICIENT TO SATISFY THIS ELEMENT IF ANY ACT IN FURTHERANCE OF THE CRIME OCCURRED WITHIN THIS DISTRICT.  IF YOU FIND THAT

**THE GOVERNMENT HAS FAILED TO PROVE THAT ANY ACT IN FURTHERANCE OF THE CRIME OCCURRED WITHIN THIS DISTRICT—OR IF YOU HAVE A REASONABLE DOUBT ON THIS ISSUE—THEN YOU MUST ACQUIT.**

## USE OF CONJUNCTIVE AND DISJUNCTIVE IN INDICTMENT

ONE OR MORE COUNTS OF THE INDICTMENT MAY

ACCUSE THE DEFENDANT OF VIOLATING THE SAME

STATUTE IN MORE THAN ONE WAY.  IN OTHER WORDS,

THE INDICTMENT MAY ALLEGE THAT THE STATUTE IN

QUESTION WAS VIOLATED BY VARIOUS ACTS WHICH ARE

IN THE INDICTMENT JOINED BY THE CONJUNCTIVE

"AND," WHILE THE STATUTE AND THE ELEMENTS OF THE

OFFENSE ARE STATED IN THE DISJUNCTIVE, USING THE

WORD "OR."  IN THESE INSTANCES, IT IS SUFFICIENT FOR

A FINDING OF GUILT IF THE EVIDENCE ESTABLISHED

BEYOND A REASONABLE DOUBT THE VIOLATION OF THE

STATUTE BY ANY ONE OF THE ACTS CHARGED.

# KNOWINGLY AND INTENTIONALLY

DURING THESE INSTRUCTIONS ON THE ELEMENTS

OF THE CRIMES CHARGED, YOU WILL HEAR ME USE THE

WORDS "KNOWINGLY" AND "INTENTIONALLY" FROM

TIME TO TIME.  BEFORE YOU CAN FIND THE DEFENDANT

GUILTY, YOU MUST BE SATISFIED THAT THE DEFENDANT

WAS ACTING KNOWINGLY AND INTENTIONALLY.

A PERSON ACTS "KNOWINGLY" IF HE ACTS

INTENTIONALLY AND VOLUNTARILY, AND NOT BECAUSE

OF IGNORANCE, MISTAKE, ACCIDENT, OR CARELESSNESS.

WHETHER THE DEFENDANT ACTED KNOWINGLY MAY BE

PROVEN BY HIS CONDUCT AND BY ALL OF THE FACTS

AND CIRCUMSTANCES SURROUNDING THE CASE.

A PERSON ACTS "INTENTIONALLY" IF HE ACTS

DELIBERATELY AND PURPOSEFULLY.  YOU MUST BE

SATISFIED BEYOND A REASONABLE DOUBT THAT THE

DEFENDANT ACTED DELIBERATELY AND PURPOSEFULLY.

THAT IS, THE DEFENDANT'S ACTS MUST HAVE BEEN THE

PRODUCT OF THE DEFENDANT'S CONSCIOUS OBJECTIVE

RATHER THAN THE PRODUCT OF A MISTAKE OR

ACCIDENT.

## CONSPIRACY GENERALLY

COUNT ONE OF THE INDICTMENT CHARGES THE DEFENDANT WITH CONSPIRACY TO COMMIT MAIL FRAUD OR WIRE FRAUD.  I WILL FIRST EXPLAIN THE CRIME OF CONSPIRACY GENERALLY BEFORE TURNING TO THE ALLEGED OBJECTS OF THE CHARGED CONSPIRACY – THAT IS, OF WIRE FRAUD AND MAIL FRAUD.

A CONSPIRACY IS AN OFFENSE SEPARATE FROM THE COMMISSION OF ANY OFFENSE THAT MAY HAVE BEEN COMMITTED PURSUANT TO THE CONSPIRACY.  THAT IS BECAUSE THE FORMATION OF A CONSPIRACY, OF A PARTNERSHIP FOR CRIMINAL PURPOSES, IS IN AND OF ITSELF A CRIME.  THUS, IF A CONSPIRACY EXISTS, EVEN

IF IT SHOULD FAIL IN ACHIEVING ITS UNLAWFUL

PURPOSE, IT IS STILL PUNISHABLE AS A CRIME.  THE

ESSENCE OF THE CHARGE OF CONSPIRACY IS AN

UNDERSTANDING BETWEEN OR AMONG TWO OR MORE

PERSONS, THAT THEY WILL ACT TOGETHER TO

ACCOMPLISH A COMMON OBJECTIVE THAT THEY KNOW

IS UNLAWFUL.

IN ORDER TO PROVE THE CRIME OF CONSPIRACY,

THE GOVERNMENT MUST PROVE TWO ELEMENTS

BEYOND A REASONABLE DOUBT:

**FIRST**, THAT TWO OR MORE PERSONS ENTERED INTO

THE CHARGED CONSPIRACY; AND

**SECOND**, THAT THE DEFENDANT KNOWINGLY AND WILLFULLY JOINED AND PARTICIPATED IN THE CONSPIRACY.

THE FIRST ELEMENT THAT THE GOVERNMENT MUST PROVE BEYOND A REASONABLE DOUBT TO ESTABLISH THE OFFENSE OF CONSPIRACY IS THAT TWO OR MORE PERSONS ENTERED INTO THE CHARGED CONSPIRACY. ONE PERSON CANNOT COMMIT THE CRIME OF CONSPIRACY ALONE.

IN ORDER FOR THE GOVERNMENT TO SATISFY THIS ELEMENT, YOU NEED NOT FIND THAT THE ALLEGED MEMBERS OF THE CONSPIRACY MET TOGETHER AND ENTERED INTO ANY EXPRESS OR FORMAL AGREEMENT. SIMILARLY, YOU NEED NOT FIND THAT THE ALLEGED

CONSPIRATORS STATED, IN WORDS OR WRITING, WHAT

THE SCHEME WAS, ITS OBJECT OR PURPOSE, OR EVERY

PRECISE DETAIL OF THE SCHEME OR THE MEANS BY

WHICH ITS OBJECT OR PURPOSE WAS TO BE

ACCOMPLISHED.  INDEED, IT IS SUFFICIENT FOR THE

GOVERNMENT TO SHOW THAT THE CONSPIRATORS

CAME TO A MUTUAL UNDERSTANDING, EITHER SPOKEN

OR UNSPOKEN, BETWEEN TWO OR MORE PEOPLE TO

COOPERATE WITH EACH OTHER TO ACCOMPLISH AN

UNLAWFUL ACT.

YOU MAY, OF COURSE, FIND THAT THE EXISTENCE

OF AN AGREEMENT TO DISOBEY OR DISREGARD THE

LAW HAS BEEN ESTABLISHED BY DIRECT PROOF.

HOWEVER, SINCE CONSPIRACY IS, BY ITS VERY NATURE,

CHARACTERIZED BY SECRECY, YOU MAY ALSO INFER ITS

EXISTENCE FROM THE CIRCUMSTANCES OF THE CASE

AND THE CONDUCT OF THE PARTIES INVOLVED.

IN THE CONTEXT OF CONSPIRACY CASES, ACTIONS

OFTEN SPEAK LOUDER THAN WORDS.  IN DETERMINING

WHETHER AN AGREEMENT EXISTED HERE, YOU MAY

CONSIDER THE ACTIONS AND STATEMENTS OF ALL OF

THOSE YOU FIND TO BE PARTICIPANTS AS PROOF THAT A

COMMON DESIGN EXISTED ON THE PART OF THE

PERSONS CHARGED TO ACT TOGETHER TO ACCOMPLISH

AN UNLAWFUL PURPOSE.

THE SECOND ELEMENT THAT THE GOVERNMENT

MUST PROVE BEYOND A REASONABLE DOUBT TO

ESTABLISH THE OFFENSE OF CONSPIRACY, IS THAT THE

DEFENDANT KNOWINGLY AND WILLFULLY JOINED AND PARTICIPATED IN THE CONSPIRACY.

IF YOU ARE SATISFIED THAT THE CONSPIRACY CHARGED IN THE INDICTMENT EXISTED, YOU MUST NEXT ASK YOURSELVES WHO THE MEMBERS OF THAT CONSPIRACY WERE. IN DECIDING WHETHER THE DEFENDANT WAS, IN FACT, A MEMBER OF THE CONSPIRACY, YOU SHOULD CONSIDER WHETHER THE DEFENDANT KNOWINGLY AND WILLFULLY JOINED THE CONSPIRACY. DID THE DEFENDANT PARTICIPATE IN IT WITH KNOWLEDGE OF ITS UNLAWFUL PURPOSE AND WITH THE SPECIFIC INTENTION OF FURTHERING ITS BUSINESS OR OBJECTIVE AS AN ASSOCIATE OR WORKER?

NOW, IT HAS BEEN SAID THAT IN ORDER FOR A DEFENDANT TO BE DEEMED A PARTICIPANT IN A CONSPIRACY, HE MUST HAVE HAD A STAKE IN THE VENTURE OR ITS OUTCOME.  YOU ARE INSTRUCTED THAT, WHILE PROOF OF A FINANCIAL INTEREST IN THE OUTCOME OF A SCHEME IS NOT ESSENTIAL, IF YOU FIND THAT THE DEFENDANT HAD SUCH AN INTEREST, THAT IS A FACTOR THAT YOU MAY PROPERLY CONSIDER IN DETERMINING WHETHER OR NOT THE DEFENDANT WAS A MEMBER OF THE CONSPIRACY CHARGED IN THE INDICTMENT.

AS I MENTIONED A MOMENT AGO, BEFORE THE DEFENDANT CAN BE FOUND TO HAVE BEEN A CONSPIRATOR, YOU MUST FIRST FIND THAT HE

KNOWINGLY JOINED IN THE UNLAWFUL AGREEMENT OR

PLAN. THE KEY QUESTION, THEREFORE, IS WHETHER

THE DEFENDANT JOINED THE CONSPIRACY WITH AN

AWARENESS OF AT LEAST SOME OF THE BASIC AIMS AND

PURPOSES OF THE UNLAWFUL AGREEMENT.

IT IS IMPORTANT FOR YOU TO NOTE THAT THE

DEFENDANT'S PARTICIPATION IN THE CONSPIRACY

MUST BE ESTABLISHED BY INDEPENDENT EVIDENCE OF

HIS OWN ACTS OR STATEMENTS, AS WELL AS THOSE OF

THE OTHER ALLEGED CO-CONSPIRATORS, AND THE

REASONABLE INFERENCES WHICH MAY BE DRAWN FROM

THEM.

THE DEFENDANT'S KNOWLEDGE IS A MATTER OF

INFERENCE FROM THE FACTS PROVED. IN THAT

CONNECTION, I INSTRUCT YOU THAT TO BECOME A MEMBER OF THE CONSPIRACY, THE DEFENDANT NEED NOT HAVE KNOWN THE IDENTITIES OF EACH AND EVERY OTHER MEMBER, NOR NEED HE HAVE BEEN APPRISED OF ALL OF THEIR ACTIVITIES. MOREOVER, THE DEFENDANT NEED NOT HAVE BEEN FULLY INFORMED AS TO ALL OF THE DETAILS, OR THE SCOPE, OF THE CONSPIRACY IN ORDER TO JUSTIFY AN INFERENCE OF KNOWLEDGE ON HIS PART. FURTHERMORE, THE DEFENDANT NEED NOT HAVE JOINED IN ALL OF THE CONSPIRACY'S UNLAWFUL OBJECTIVES.

THE EXTENT OF THE DEFENDANT'S PARTICIPATION HAS NO BEARING ON THE ISSUE OF THE DEFENDANT'S GUILT. A CONSPIRATOR'S LIABILITY IS NOT MEASURED

BY THE EXTENT OR DURATION OF HIS PARTICIPATION.

INDEED, EACH MEMBER MAY PERFORM SEPARATE AND

DISTINCT ACTS AND MAY PERFORM THEM AT DIFFERENT

TIMES. SOME CONSPIRATORS PLAY MAJOR ROLES,

WHILE OTHERS PLAY MINOR PARTS IN THE SCHEME. AN

EQUAL ROLE IS NOT WHAT THE LAW REQUIRES. IN FACT,

EVEN A SINGLE ACT MAY BE SUFFICIENT TO DRAW THE

DEFENDANT WITHIN THE AMBIT OF THE CONSPIRACY.

I WANT TO CAUTION YOU, HOWEVER, THAT THE

DEFENDANT'S MERE PRESENCE AT THE SCENE OF AN

ALLEGED CRIME DOES NOT, BY ITSELF, MAKE HIM A

MEMBER OF THE CONSPIRACY. SIMILARLY, MERE

ASSOCIATION WITH ONE OR MORE MEMBERS OF THE

CONSPIRACY DOES NOT AUTOMATICALLY MAKE THE

DEFENDANT A MEMBER.  A PERSON MAY KNOW, OR BE

FRIENDLY WITH, A CRIMINAL, WITHOUT BEING A

CRIMINAL HIMSELF.  MERE SIMILARITY OF CONDUCT OR

THE FACT THAT THEY MAY HAVE ASSEMBLED

TOGETHER AND DISCUSSED COMMON AIMS AND

INTERESTS DOES NOT NECESSARILY ESTABLISH

MEMBERSHIP IN THE CONSPIRACY.

I ALSO WANT TO CAUTION YOU THAT MERE

KNOWLEDGE OR ACQUIESCENCE, WITHOUT

PARTICIPATION, IN THE UNLAWFUL PLAN IS NOT

SUFFICIENT.  MOREOVER, THE FACT THAT THE ACTS OF

A DEFENDANT, WITHOUT KNOWLEDGE, MERELY HAPPEN

TO FURTHER THE PURPOSES OR OBJECTIVES OF THE

CONSPIRACY, DOES NOT MAKE THE DEFENDANT A

MEMBER.  MORE IS REQUIRED UNDER THE LAW.  WHAT IS

NECESSARY IS THAT THE DEFENDANT MUST HAVE

PARTICIPATED WITH KNOWLEDGE OF AT LEAST SOME

OF THE PURPOSES OR OBJECTIVES OF THE CONSPIRACY

AND WITH THE INTENTION OF AIDING IN THE

ACCOMPLISHMENT OF THOSE UNLAWFUL ENDS.

IN SUM, THE DEFENDANT, WITH AN UNDERSTANDING

OF THE UNLAWFUL CHARACTER OF THE CONSPIRACY,

MUST HAVE INTENTIONALLY ENGAGED, ADVISED OR

ASSISTED IN IT FOR THE PURPOSE OF FURTHERING THE

ILLEGAL UNDERTAKING.  HE THEREBY BECOMES A

KNOWING AND WILLING PARTICIPANT IN THE

UNLAWFUL AGREEMENT -- THAT IS TO SAY, A

CONSPIRATOR.

# WIRE FRAUD GENERALLY

TO DETERMINE WHETHER THE GOVERNMENT HAS

PROVED BEYOND A REASONABLE DOUBT THAT THE

DEFENDANT ENGAGED IN AN ILLEGAL CONSPIRACY, YOU

MUST ALSO UNDERSTAND THE CRIMES THAT COUNT ONE

CHARGES HIM WITH AGREEING TO COMMIT, WHICH ARE

WIRE FRAUD AND MAIL FRAUD.

THE RELEVANT STATUTE AS TO WIRE FRAUD IS

SECTION 1343 OF TITLE 18 OF THE UNITED STATES CODE.

IT PROVIDES:

> WHOEVER, HAVING DEVISED OR
>
> INTENDING TO DEVISE ANY SCHEME OR
>
> ARTIFICE TO DEFRAUD, OR FOR
>
> OBTAINING MONEY OR PROPERTY BY
>
> MEANS OF FALSE OR FRAUDULENT
>
> PRETENSES, REPRESENTATIONS, OR

81

PROMISES, TRANSMITS OR CAUSES TO

BE TRANSMITTED BY MEANS OF WIRE

RADIO OR TELEVISION

COMMUNICATION IN INTERSTATE OR

FOREIGN COMMERCE, ANY WRITINGS,

SIGNS, SIGNALS, PICTURES, OR SOUNDS

FOR THE PURPOSE OF EXECUTING

SUCH SCHEME OR ARTIFICE SHALL BE

[GUILTY OF A CRIME].

## ELEMENTS OF THE OFFENSE

THE ELEMENTS OF WIRE FRAUD ARE AS FOLLOWS:

**FIRST**, THAT THERE WAS A SCHEME OR ARTIFICE TO

DEFRAUD OR TO OBTAIN MONEY OR PROPERTY BY

MATERIALLY FALSE AND FRAUDULENT PRETENSES,

REPRESENTATIONS OR PROMISES;

**SECOND**, THAT THE DEFENDANT KNOWINGLY AND

WILLFULLY PARTICIPATED IN THE SCHEME OR ARTIFICE

TO DEFRAUD, WITH KNOWLEDGE OF ITS FRAUDULENT

NATURE AND WITH SPECIFIC INTENT TO DEFRAUD; AND

THIRD, THAT IN EXECUTION OF THAT SCHEME, THE

DEFENDANT USED OR CAUSED THE USE OF INTERSTATE

WIRES.  THIS WOULD INCLUDE THE USE OF A BANK WIRE

TRANSFER OR AN EMAIL SENT OVER THE INTERNET

THAT TRAVELED ACROSS STATE LINES.

I WILL NOW EXPLAIN EACH OF THESE ELEMENTS

FURTHER.

## FIRST ELEMENT – SCHEME TO DEFRAUD

THE FIRST ELEMENT THE GOVERNMENT MUST

PROVE BEYOND A REASONABLE DOUBT IS THAT THERE

WAS A SCHEME OR ARTIFICE TO DEFRAUD THE

CONSTRUCTION CONTRACTORS OR SUBCONTRACTORS

OF MONEY OR PROPERTY BY MEANS OF FALSE OR

FRAUDULENT PRETENSES, REPRESENTATIONS, OR

PROMISES.

A "SCHEME OR ARTIFICE" IS MERELY A PLAN FOR

THE ACCOMPLISHMENT OF AN OBJECTIVE.  "FRAUD" IS A

GENERAL TERM WHICH EMBRACES ALL THE VARIOUS

MEANS THAT AN INDIVIDUAL CAN DEVISE AND THAT ARE

USED BY AN INDIVIDUAL TO GAIN AN ADVANTAGE OVER

ANOTHER BY FALSE REPRESENTATIONS, SUGGESTIONS,

OR DELIBERATE DISREGARD FOR THE TRUTH.

THUS, A "SCHEME TO DEFRAUD" IS MERELY A PLAN

TO DEPRIVE ANOTHER OF MONEY OR PROPERTY BY

TRICK, DECEIT, DECEPTION OR SWINDLE.  A STATEMENT,

REPRESENTATION, CLAIM, OR DOCUMENT IS FALSE IF IT

IS UNTRUE WHEN MADE AND WAS KNOWN THEN TO BE

UNTRUE BY THE PERSON MAKING IT OR CAUSING IT TO BE MADE.  A REPRESENTATION OR STATEMENT IS FRAUDULENT IF IT WAS FALSELY MADE WITH THE INTENT TO DECEIVE.  HALF-TRUTHS, THE CONCEALMENT OR OMISSION OF MATERIAL FACTS, OR THE EXPRESSION OF AN OPINION NOT HONESTLY ENTERTAINED MAY ALSO CONSTITUTE FALSE OR FRAUDULENT STATEMENTS UNDER THE STATUTE.  THE DECEPTION NEED NOT BE PREMISED UPON SPOKEN OR WRITTEN WORDS ALONE. THE ARRANGEMENT OF WORDS, OR THE CIRCUMSTANCES IN WHICH THEY ARE USED MAY CONVEY THE FALSE AND DECEPTIVE APPEARANCE.  IF THERE IS DECEPTION, THE MANNER IN WHICH IT IS ACCOMPLISHED IS IMMATERIAL.

THE FAILURE TO DISCLOSE INFORMATION MAY

ALSO CONSTITUTE A FRAUDULENT REPRESENTATION IF

THE DEFENDANT WAS UNDER A LEGAL, PROFESSIONAL

OR CONTRACTUAL DUTY TO MAKE SUCH A DISCLOSURE,

THE DEFENDANT ACTUALLY KNEW SUCH DISCLOSURE

WAS REQUIRED TO BE MADE, AND THE DEFENDANT

FAILED TO MAKE SUCH DISCLOSURE WITH INTENT TO

DEFRAUD.  WHETHER THE DEFENDANT WAS UNDER A

LEGAL, PROFESSIONAL, OR CONTRACTUAL DUTY TO

MAKE SUCH A DISCLOSURE MUST BE PROVEN BY THE

GOVERNMENT BEYOND A REASONABLE DOUBT, AND MAY

NOT BE INFERRED MERELY FROM THE DEFENDANT'S

TITLE, ROLE, OR PROFESSION.

THE FALSE OR FRAUDULENT REPRESENTATION OR FAILURE TO DISCLOSE MUST RELATE TO A MATERIAL FACT OR MATTER.  A MATERIAL FACT IS ONE WHICH WOULD REASONABLY BE EXPECTED TO BE OF CONCERN TO A REASONABLE AND PRUDENT PERSON IN RELYING UPON THE REPRESENTATION OR STATEMENT IN MAKING A DECISION.

THIS MEANS THAT IF YOU FIND A PARTICULAR STATEMENT OF FACT TO HAVE BEEN FALSE, YOU MUST DETERMINE WHETHER THAT STATEMENT WAS ONE THAT A REASONABLE PERSON MIGHT HAVE CONSIDERED IMPORTANT IN MAKING HIS OR HER DECISION.  THE SAME PRINCIPLE APPLIES TO FRAUDULENT HALF TRUTHS OR OMISSIONS OF MATERIAL FACTS.

IN ADDITION TO PROVING THAT A STATEMENT WAS FALSE OR FRAUDULENT AND RELATED TO A MATERIAL FACT, IN ORDER TO ESTABLISH A SCHEME TO DEFRAUD, THE GOVERNMENT MUST PROVE THAT THE ALLEGED SCHEME CONTEMPLATED DEPRIVING ANOTHER OF MONEY OR PROPERTY.

THE GOVERNMENT IS NOT REQUIRED TO ESTABLISH THAT THE DEFENDANT HIMSELF ORIGINATED THE SCHEME TO DEFRAUD.  NOR IS IT NECESSARY THAT THE DEFENDANT ACTUALLY REALIZED ANY GAIN FROM THE SCHEME, OR THAT THE INTENDED VICTIM ACTUALLY SUFFERED ANY LOSS.  SUCCESS IS NOT AN ELEMENT OF THE CRIME CHARGED.  THAT IS BECAUSE ONLY A

SCHEME TO DEFRAUD, AND NOT ACTUAL FRAUD, MUST

BE PROVED TO SUSTAIN A CONVICTION.

A SCHEME TO DEFRAUD NEED NOT BE SHOWN BY

DIRECT EVIDENCE, BUT MAY BE ESTABLISHED BY ALL OF

THE CIRCUMSTANCES AND FACTS IN THE CASE.

IT IS ALSO NOT NECESSARY THAT THE

GOVERNMENT PROVE EACH AND EVERY

MISREPRESENTATION OR FALSE PROMISE THAT THE

GOVERNMENT ALLEGES.  IT IS SUFFICIENT IF THE

GOVERNMENT PROVES, BEYOND A REASONABLE DOUBT,

THAT ONE OR MORE OF THE MATERIAL

MISREPRESENTATIONS WAS MADE IN FURTHERANCE OF

THE SCHEME TO DEFRAUD.  YOU MUST, HOWEVER, ALL

AGREE ON AT LEAST ONE MISREPRESENTATION THAT IS

PROVED TO BE FALSE.  THAT IS, YOU CANNOT FIND THE DEFENDANT GUILTY IF ONLY SOME OF YOU THINK THAT MISREPRESENTATION "A" IS FALSE, WHILE OTHERS THINK THAT ONLY MISREPRESENTATION "B" IS FALSE. THERE MUST BE AT LEAST ONE SPECIFIC PRETENSE, REPRESENTATION OR PROMISE ABOUT A MATERIAL FACT THAT ALL OF YOU FIND TO BE FALSE IN ORDER TO FIND A DEFENDANT GUILTY.

IF YOU FIND THAT THE GOVERNMENT HAS SUSTAINED ITS BURDEN OF PROOF THAT A SCHEME TO DEFRAUD, AS CHARGED, DID EXIST, YOU NEXT SHOULD CONSIDER THE SECOND ELEMENT OF THE OFFENSE OF WIRE FRAUD.

## SECOND ELEMENT - INTENT TO DEFRAUD

THE SECOND ELEMENT THAT THE GOVERNMENT MUST PROVE BEYOND A REASONABLE DOUBT IS THAT THE DEFENDANT PARTICIPATED IN THE SCHEME TO DEFRAUD KNOWINGLY, WILLFULLY, AND WITH SPECIFIC INTENT TO DEFRAUD A VICTIM.

AGAIN, TO ACT "KNOWINGLY" MEANS TO ACT VOLUNTARILY AND DELIBERATELY, RATHER THAN MISTAKENLY OR INADVERTENTLY.

TO ACT "WILLFULLY" MEANS TO ACT KNOWINGLY AND PURPOSELY, WITH AN INTENT TO DO SOMETHING THE LAW FORBIDS; THAT IS TO SAY, WITH A BAD PURPOSE TO DISOBEY OR DISREGARD THE LAW.

TO ACT WITH "INTENT TO DEFRAUD" MEANS TO ACT KNOWINGLY AND WITH THE SPECIFIC INTENT TO

DECEIVE, FOR THE PURPOSE OF OBTAINING MONEY OR

PROPERTY FROM ANOTHER.

HOW SOMEONE ACTED – HIS OR HER STATE OF MIND

– IS A QUESTION OF FACT FOR YOU TO DETERMINE.

DIRECT PROOF OF KNOWLEDGE AND FRAUDULENT

INTENT IS NOT ALWAYS AVAILABLE, NOR IS IT

REQUIRED.  THE ULTIMATE FACTS OF KNOWLEDGE AND

CRIMINAL INTENT MAY BE ESTABLISHED BY

CIRCUMSTANTIAL EVIDENCE, WHICH I EXPLAINED TO

YOU EARLIER.  CIRCUMSTANTIAL EVIDENCE, IF

BELIEVED, IS OF NO LESS VALUE THAN DIRECT

EVIDENCE.

SINCE AN ESSENTIAL ELEMENT OF THE WIRE FRAUD

CRIME CHARGED IS INTENT TO DEFRAUD, IT FOLLOWS

THAT GOOD FAITH ON THE PART OF THE DEFENDANT IS

A COMPLETE DEFENSE TO A CHARGE OF WIRE FRAUD.

THE DEFENDANT, HOWEVER, HAS NO BURDEN TO

ESTABLISH A DEFENSE OF GOOD FAITH.  THE BURDEN IS

ON THE GOVERNMENT TO PROVE FRAUDULENT INTENT

AND CONSEQUENT LACK OF GOOD FAITH BEYOND A

REASONABLE DOUBT.

UNDER THE WIRE FRAUD STATUTE, EVEN FALSE

REPRESENTATIONS OR STATEMENTS, OR OMISSIONS OF

MATERIAL FACTS, DO NOT AMOUNT TO A FRAUD UNLESS

DONE WITH FRAUDULENT INTENT.  HOWEVER

MISLEADING OR DECEPTIVE A PLAN MAY BE, IT IS NOT

FRAUDULENT IF IT WAS DEVISED OR CARRIED OUT IN

GOOD FAITH.  AN HONEST BELIEF IN THE TRUTH OF THE

REPRESENTATIONS MADE BY OR ON BEHALF OF THE

DEFENDANT IS A COMPLETE DEFENSE, HOWEVER

INACCURATE THE STATEMENTS MAY TURN OUT TO BE.

IN DETERMINING WHETHER THE DEFENDANT ACTED

KNOWINGLY, YOU MAY CONSIDER WHETHER THE

DEFENDANT DELIBERATELY CLOSED HIS EYES TO WHAT

OTHERWISE WOULD HAVE BEEN OBVIOUS TO HIM.  YOU

MAY ONLY INFER KNOWLEDGE OF THE EXISTENCE OF A

PARTICULAR FACT IF THE DEFENDANT WAS AWARE OF A

HIGH PROBABILITY OF ITS EXISTENCE, UNLESS THE

DEFENDANT ACTUALLY BELIEVED THAT IT DID NOT

EXIST.  IF YOU FIND BEYOND A REASONABLE DOUBT

THAT THE DEFENDANT ACTED WITH A CONSCIOUS

PURPOSE TO AVOID LEARNING A HIGHLY PROBABLE

TRUTH, THEN THIS ELEMENT MAY BE SATISFIED.

HOWEVER, GUILTY KNOWLEDGE MAY NOT BE

ESTABLISHED BY DEMONSTRATING THAT THE

DEFENDANT WAS MERELY NEGLIGENT, FOOLISH,

CARELESS, OR MISTAKEN.

AS A PRACTICAL MATTER, THEN, IN ORDER TO

SUSTAIN A CHARGE OF WIRE FRAUD, THE GOVERNMENT

MUST ESTABLISH BEYOND A REASONABLE DOUBT THAT

THE DEFENDANT KNEW THAT HIS CONDUCT AS A

PARTICIPANT IN THE SCHEME WAS CALCULATED TO

DECEIVE AND, NONETHELESS, HE ASSOCIATED HIMSELF

WITH THE ALLEGED FRAUDULENT SCHEME FOR THE

PURPOSE OF CAUSING SOME FINANCIAL LOSS TO

ANOTHER OR TO DEPRIVE ANOTHER OF THEIR INTEREST IN PROPERTY.

TO CONCLUDE WITH THIS ELEMENT, IF YOU FIND THE GOVERNMENT HAS ESTABLISHED BEYOND A REASONABLE DOUBT THAT THE DEFENDANT WAS A KNOWING PARTICIPANT AND ACTED WITH INTENT TO DEFRAUD, YOU SHOULD CONSIDER THE THIRD ELEMENT OF THE WIRE FRAUD CHARGE.

### THIRD ELEMENT – USE OF INTERSTATE WIRES

THE THIRD AND FINAL ELEMENT THAT THE GOVERNMENT MUST ESTABLISH BEYOND A REASONABLE DOUBT IS THE USE OF AN INTERSTATE WIRE COMMUNICATION IN FURTHERANCE OF THE SCHEME TO DEFRAUD.  A WIRE COMMUNICATION INCLUDES A WIRE

TRANSFER OF FUNDS OR AN EMAIL. THE WIRE COMMUNICATION MUST PASS BETWEEN TWO OR MORE STATES, OR IT MUST PASS BETWEEN THE UNITED STATES AND A FOREIGN COUNTRY.

THE USE OF THE WIRES NEED NOT ITSELF BE A FRAUDULENT REPRESENTATION. IT MUST, HOWEVER, FURTHER OR ASSIST IN THE CARRYING OUT OF THE SCHEME TO DEFRAUD. IT IS NOT NECESSARY FOR THE DEFENDANT TO BE DIRECTLY OR PERSONALLY INVOLVED IN THE WIRE COMMUNICATION, AS LONG AS THE COMMUNICATION WAS REASONABLY FORESEEABLE IN THE EXECUTION OF THE ALLEGED SCHEME TO DEFRAUD IN WHICH THE DEFENDANT IS ACCUSED OF PARTICIPATING.

IN THIS REGARD, IT IS SUFFICIENT TO ESTABLISH

THIS ELEMENT OF THE CRIME IF THE EVIDENCE

JUSTIFIES A FINDING THAT THE DEFENDANT CAUSED

THE WIRES TO BE USED BY OTHERS.  THIS DOES NOT

MEAN THAT THE DEFENDANT MUST SPECIFICALLY HAVE

AUTHORIZED OTHERS TO MAKE THE WIRE TRANSFER OR

SEND THE EMAIL.  WHEN ONE DOES AN ACT WITH

KNOWLEDGE THAT THE USE OF THE WIRES WILL

FOLLOW IN THE ORDINARY COURSE OF BUSINESS OR

WHERE SUCH USE OF THE WIRES REASONABLY CAN BE

FORESEEN, EVEN THOUGH NOT ACTUALLY INTENDED,

THEN HE CAUSES THE WIRES TO BE USED.

WITH RESPECT TO THE USE OF THE WIRES, THE

GOVERNMENT MUST ESTABLISH BEYOND A REASONABLE

DOUBT THE PARTICULAR USE CHARGED IN THE INDICTMENT. HOWEVER, THE GOVERNMENT DOES NOT HAVE TO PROVE THAT THE WIRES WERE USED ON THE EXACT DATE CHARGED IN THE INDICTMENT. IT IS SUFFICIENT IF THE EVIDENCE ESTABLISHES BEYOND A REASONABLE DOUBT THAT THE WIRES WERE USED ON A DATE SUBSTANTIALLY SIMILAR TO THE DATES CHARGED IN THE INDICTMENT.

# MAIL FRAUD GENERALLY

THE RELEVANT STATUTE AS TO MAIL FRAUD IS
SECTION 1341 OF TITLE 18 OF THE UNITED STATES CODE.
IT PROVIDES:

> WHOEVER, HAVING DEVISED OR
> INTENDED TO DEVISE ANY SCHEME OR
> ARTIFICE TO DEFRAUD, OR FOR
> OBTAINING MONEY OR PROPERTY BY
> MEANS OF FALSE OR FRAUDULENT
> PRETENSES, REPRESENTATIONS, OR
> PROMISES . . . FOR THE PURPOSE OF
> EXECUTING SUCH SCHEME OR
> ARTIFICE OR ATTEMPTING TO DO SO,
> PLACES IN ANY POST OFFICE OR
> AUTHORIZED DEPOSITORY FOR MAIL
> MATTER, ANY MATTER OR THING
> WHATEVER TO BE SENT OR DELIVERED

BY THE POSTAL SERVICE, OR DEPOSITS OR CAUSES TO BE DEPOSITED ANY MATTER OR THING WHATEVER TO BE SENT OR DELIVERED BY ANY PRIVATE OR COMMERCIAL INTERSTATE CARRIER ... OR KNOWINGLY CAUSES TO BE DELIVERED BY MAIL OR SUCH CARRIER ACCORDING TO THE DIRECTION THEREON ... ANY MATTER OR THING, SHALL BE [GUILTY OF A CRIME].

## ELEMENTS OF THE OFFENSE

THE ELEMENTS OF MAIL FRAUD ARE AS FOLLOWS:

**FIRST**, THAT THERE WAS A SCHEME OR ARTIFICE TO DEFRAUD OR TO OBTAIN MONEY OR PROPERTY BY MATERIALLY FALSE AND FRAUDULENT PRETENSES, REPRESENTATIONS OR PROMISES;

SECOND, THAT THE DEFENDANT KNOWINGLY AND WILLFULLY PARTICIPATED IN THE SCHEME OR ARTIFICE TO DEFRAUD, WITH KNOWLEDGE OF ITS FRAUDULENT NATURE AND WITH SPECIFIC INTENT TO DEFRAUD; AND

THIRD, THAT IN EXECUTION OF THAT SCHEME, THE DEFENDANT USED OR CAUSED THE USE OF THE MAILS OR A COMMERCIAL INTERSTATE CARRIER.

THESE ELEMENTS ARE TO BE UNDERSTOOD IN PRECISELY THE SAME WAY AS I JUST INSTRUCTED YOU AS TO THOSE ELEMENTS WITH RESPECT TO WIRE FRAUD, EXCEPT THAT THE DEFENDANT IS CHARGED WITH USING THE MAILS OR A COMMERCIAL INTERSTATE CARRIER SUCH AS FEDEX, UPS, OR DHL, AS OPPOSED TO INTERSTATE WIRES, IN FURTHERANCE OF THE SCHEME.

# COUNT 1: CONSPIRACY TO COMMIT MAIL FRAUD OR

# WIRE FRAUD

COUNT ONE OF THE INDICTMENT CHARGES THE

DEFENDANT WITH CONSPIRACY TO COMMIT MAIL

FRAUD OR WIRE FRAUD.  COUNT ONE READS IN

SUBSTANTIAL PART AS FOLLOWS:

IN OR ABOUT AND BETWEEN AUGUST 2010 AND JUNE

2013, BOTH DATES BEING APPROXIMATE AND INCLUSIVE,

WITHIN THE EASTERN DISTRICT OF NEW YORK AND

ELSEWHERE, THE DEFENDANT DARIUS XAVIER JOHNSON,

TOGETHER WITH OTHERS, DID KNOWINGLY AND

INTENTIONALLY CONSPIRE TO DEVISE A SCHEME AND

ARTIFICE TO DEFRAUD CONSTRUCTION CONTRACTORS

AND SUBCONTRACTORS TO OBTAIN MONEY AND

PROPERTY FROM THEM BY MEANS OF MATERIALLY

FALSE AND FRAUDULENT PRETENSES,

REPRESENTATIONS, AND PROMISES, AND FOR THE

PURPOSE OF EXECUTING SUCH SCHEME AND ARTIFICE,

TO (A) CAUSE TO BE DELIVERED MATTER AND THINGS BY

THE UNITED STATES POSTAL SERVICE AND OTHER

PRIVATE AND COMMERCIAL INTERSTATE CARRIERS

ACCORDING TO THE DIRECTIONS THEREON, AND (B)

TRANSMIT AND CAUSE TO BE TRANSMITTED, BY MEANS

OF WIRE COMMUNICATION IN INTERSTATE COMMERCE,

WRITINGS, SIGNS, SIGNALS, PICTURES, AND SOUNDS.

I HAVE ALREADY INSTRUCTED YOU AS TO

CONSPIRACY, WIRE FRAUD, AND MAIL FRAUD

GENERALLY.  THOSE SAME INSTRUCTIONS APPLY TO COUNT ONE.

AS A REMINDER, THE ELEMENTS OF WIRE FRAUD AND MAIL FRAUD ARE:

**FIRST**, THAT THERE WAS A SCHEME OR ARTIFICE TO DEFRAUD OR TO OBTAIN MONEY OR PROPERTY BY MATERIALLY FALSE AND FRAUDULENT PRETENSES, REPRESENTATIONS OR PROMISES;

**SECOND**, THAT THE DEFENDANT KNOWINGLY AND WILLFULLY PARTICIPATED IN THE SCHEME OR ARTIFICE TO DEFRAUD, WITH KNOWLEDGE OF ITS FRAUDULENT NATURE AND WITH SPECIFIC INTENT TO DEFRAUD; AND

**THIRD**, THAT IN EXECUTION OF THAT SCHEME, THE DEFENDANT USED OR CAUSED THE USE OF INTERSTATE WIRES, THE MAILS OR A COMMERCIAL INTERSTATE CARRIER.

COUNT ONE DOES NOT ALLEGE THAT WIRE FRAUD OR MAIL FRAUD WAS ACTUALLY COMMITTED, BUT THAT THE DEFENDANT CONSPIRED TO COMMIT WIRE FRAUD OR MAIL FRAUD.  TO PROVE THAT THE DEFENDANT COMMITTED THE CRIME CHARGED IN COUNT ONE, THE GOVERNMENT MUST PROVE EACH OF THE FOLLOWING ELEMENTS BEYOND A REASONABLE DOUBT:

**FIRST**, THAT TWO OR MORE PERSONS ENTERED INTO THE CHARGED CONSPIRACY; AND

**SECOND**, THAT THE DEFENDANT KNOWINGLY AND WILLFULLY JOINED AND PARTICIPATED IN THE CONSPIRACY.

## **AIDING AND ABETTING GENERALLY**

COUNTS TWO AND THREE OF THE INDICTMENT,

WHICH I WILL READ TO YOU SHORTLY, CHARGE THE

DEFENDANT WITH WIRE FRAUD, AS WELL AS AIDING AND

ABETTING THE COMMISSION OF WIRE FRAUD.

AIDING AND ABETTING IS DEFINED UNDER FEDERAL

LAW IN TITLE 18, U.S.C. SECTION 2 WHICH PROVIDES, IN

PERTINENT PART, THE FOLLOWING:

WHOEVER COMMITS AN OFFENSE

AGAINST THE UNITED STATES OR AIDS,

ABETS, COUNSELS, COMMANDS,

INDUCES OR PROCURES ITS

COMMISSION, IS PUNISHABLE AS A

PRINCIPAL.

UNDER THE AIDING AND ABETTING STATUTE, IT IS NOT NECESSARY FOR THE GOVERNMENT TO SHOW THAT THE DEFENDANT HIMSELF PHYSICALLY COMMITTED THE CRIME WITH WHICH HE IS CHARGED IN ORDER FOR YOU TO FIND THE DEFENDANT GUILTY.  A PERSON WHO AIDS OR ABETS ANOTHER TO COMMIT AN OFFENSE IS JUST AS GUILTY OF THAT OFFENSE AS IF HE COMMITTED IT HIMSELF.

ACCORDINGLY, YOU MAY FIND THE DEFENDANT GUILTY OF THE OFFENSE CHARGED IF YOU FIND BEYOND A REASONABLE DOUBT THAT THE GOVERNMENT HAS PROVEN THAT ANOTHER PERSON ACTUALLY COMMITTED THE OFFENSE WITH WHICH THE DEFENDANT IS CHARGED, AND THAT THE DEFENDANT

AIDED OR ABETTED THAT PERSON IN THE COMMISSION OF THE OFFENSE.

AS YOU CAN SEE, THE FIRST REQUIREMENT IS THAT YOU FIND THAT ANOTHER PERSON HAS COMMITTED THE CRIME CHARGED.  OBVIOUSLY, NO ONE CAN BE CONVICTED OF AIDING AND ABETTING THE CRIMINAL ACTS OF ANOTHER IF NO CRIME WAS COMMITTED BY THE OTHER PERSON IN THE FIRST PLACE.  BUT IF YOU DO FIND THAT A CRIME WAS COMMITTED, THEN YOU MUST CONSIDER WHETHER THE DEFENDANT AIDED OR ABETTED THE COMMISSION OF THAT CRIME.

IN ORDER TO AID OR ABET ANOTHER TO COMMIT A CRIME, IT IS NECESSARY THAT THE DEFENDANT WILLFULLY AND KNOWINGLY ASSOCIATE HIMSELF IN

SOME WAY WITH THE CRIME, AND THAT HE

PARTICIPATE IN THE CRIME BY DOING SOME ACT TO

HELP MAKE THE CRIME SUCCEED.

TO ESTABLISH THAT THE DEFENDANT

PARTICIPATED IN THE COMMISSION OF THE CRIME, THE

GOVERNMENT MUST PROVE THAT THE DEFENDANT

ENGAGED IN SOME AFFIRMATIVE CONDUCT OR OVERT

ACT FOR THE SPECIFIC PURPOSE OF BRINGING ABOUT

THAT CRIME.

PARTICIPATION IN A CRIME IS WILLFUL IF DONE

VOLUNTARILY AND INTENTIONALLY, AND WITH THE

SPECIFIC INTENT TO DO SOMETHING WHICH THE LAW

FORBIDS OR WITH THE SPECIFIC INTENT TO FAIL TO DO

SOMETHING THE LAW REQUIRES TO BE DONE; THAT IS

110

TO SAY, WITH A BAD PURPOSE EITHER TO DISOBEY OR DISREGARD THE LAW.

THE MERE PRESENCE OF A DEFENDANT WHERE A CRIME IS BEING COMMITTED, EVEN COUPLED WITH KNOWLEDGE BY THE DEFENDANT THAT A CRIME IS BEING COMMITTED, OR MERELY ASSOCIATING WITH OTHERS WHO WERE COMMITTING A CRIME IS NOT SUFFICIENT TO ESTABLISH AIDING AND ABETTING.  ONE WHO HAS NO KNOWLEDGE THAT A CRIME IS BEING COMMITTED OR IS ABOUT TO BE COMMITTED BUT INADVERTENTLY DOES SOMETHING THAT AIDS IN THE COMMISSION OF THAT CRIME IS NOT AN AIDER AND ABETTOR.  AN AIDER AND ABETTOR MUST KNOW THAT THE CRIME IS BEING COMMITTED AND ACT IN A WAY

WHICH IS INTENDED TO BRING ABOUT THE SUCCESS OF

THE CRIMINAL VENTURE.

ANOTHER WAY OF AIDING AND ABETTING A CRIME

IS BY WILLFULLY CAUSING A CRIME.  SECTION 2(B) OF

THE AIDING AND ABETTING STATUTE READS AS

FOLLOWS:

WHOEVER WILLFULLY CAUSES AN ACT

TO BE DONE WHICH, IF DIRECTLY

PERFORMED BY HIM, WOULD BE AN

OFFENSE AGAINST THE UNITED

STATES, IS PUNISHABLE AS A

PRINCIPAL.

WHAT DOES THE TERM "WILLFULLY CAUSED"

MEAN?  IT DOES NOT MEAN THAT THE DEFENDANT

HIMSELF NEED HAVE PHYSICALLY COMMITTED THE CRIME OR SUPERVISED OR PARTICIPATED IN THE ACTUAL CRIMINAL CONDUCT CHARGED IN THE INDICTMENT.

THE MEANING OF THE TERM "WILLFULLY CAUSED" CAN BE FOUND IN THE ANSWERS TO THE FOLLOWING QUESTIONS:

DID THE DEFENDANT INTEND FOR THE CRIME TO OCCUR?

DID THE DEFENDANT INTENTIONALLY CAUSE ANOTHER PERSON TO COMMIT THE CRIME?

IF YOU ARE PERSUADED BEYOND A REASONABLE DOUBT THAT THE ANSWER TO BOTH OF THESE QUESTIONS IS "YES," THEN THE DEFENDANT IS GUILTY

**OF THE CRIME CHARGED JUST AS IF HE HIMSELF HAD**

**ACTUALLY COMMITTED IT.**

## COUNTS 2 AND 3: WIRE FRAUD

COUNTS TWO AND THREE OF THE INDICTMENT

CHARGES THE DEFENDANT WITH WIRE FRAUD.  THESE

COUNTS READ IN SUBSTANTIAL PART AS FOLLOWS:

ON OR ABOUT THE DATES SET FORTH BELOW,

WITHIN THE EASTERN DISTRICT OF NEW YORK AND

ELSEWHERE, THE DEFENDANT DARIUS XAVIER JOHNSON,

TOGETHER WITH OTHERS, DID KNOWINGLY AND

INTENTIONALLY DEVISE A SCHEME AND ARTIFICE TO

DEFRAUD AMERICAN ARCHITECTURAL, AND TO OBTAIN

MONEY AND PROPERTY FROM AMERICAN

ARCHITECTURAL BY MEANS OF MATERIALLY FALSE AND

FRAUDULENT PRETENSES, REPRESENTATIONS, AND

PROMISES, AND FOR THE PURPOSE OF EXECUTING SUCH

SCHEME AND ARTIFICE, AND ATTEMPTING TO DO SO, DID

TRANSMIT AND CAUSE TO BE TRANSMITTED, BY MEANS

OF WIRE COMMUNICATION IN INTERSTATE COMMERCE,

WRITINGS, SIGNS, SIGNALS, PICTURES, AND SOUNDS AS

FOLLOWS.

ON COUNT TWO, ON THE APPROXIMATE DATE OF

APRIL 11, 2011, A WIRE TRANSFER IN THE AMOUNT OF

$73,534 FROM A JP MORGAN CHASE BANK ACCOUNT HELD

IN THE NAME OF KRISILIS LLC, IN CHICAGO, ILLINOIS TO

AN HSBC ACCOUNT HELD IN THE NAME OF JOHNSON'S

LAW FIRM, IN BROOKLYN, NEW YORK.

ON COUNT THREE, ON THE APPROXIMATE DATE OF

APRIL 13, 2011, A WIRE TRANSFER IN THE AMOUNT OF

$20,752 FROM A JP MORGAN CHASE BANK ACCOUNT HELD

IN THE NAME OF KRISILIS LLC, IN CHICAGO, ILLINOIS TO

AN HSBC ACCOUNT HELD IN THE NAME OF JOHNSON'S

LAW FIRM, IN BROOKLYN, NEW YORK.

I HAVE ALREADY INSTRUCTED YOU AS TO WIRE

FRAUD GENERALLY.  THOSE SAME INSTRUCTIONS APPLY

TO COUNTS TWO AND THREE.

AS A REMINDER, THE ELEMENTS OF WIRE FRAUD

ARE:

**FIRST**, THAT THERE WAS A SCHEME OR ARTIFICE TO

DEFRAUD OR TO OBTAIN MONEY OR PROPERTY BY

MATERIALLY FALSE AND FRAUDULENT PRETENSES,

REPRESENTATIONS OR PROMISES;

**SECOND**, THAT THE DEFENDANT KNOWINGLY AND

WILLFULLY PARTICIPATED IN THE SCHEME OR ARTIFICE

TO DEFRAUD, WITH KNOWLEDGE OF ITS FRAUDULENT

NATURE AND WITH SPECIFIC INTENT TO DEFRAUD; AND

THIRD, THAT IN EXECUTION OF THAT SCHEME, THE

DEFENDANT USED OR CAUSED THE USE OF INTERSTATE

WIRES.

THE DEFENDANT IS ALSO CHARGED WITH AIDING

AND ABETTING COUNTS TWO AND THREE. I HAVE

PREVIOUSLY INSTRUCTED YOU ON THE ELEMENTS OF

AIDING AND ABETTING, WHICH YOU SHOULD CONSIDER

EVEN IF YOU FIND THAT THE DEFENDANT DID NOT

HIMSELF COMMIT WIRE FRAUD. AS A REMINDER, YOU

MAY FIND THE DEFENDANT GUILTY OF THE OFFENSE

CHARGED IF THE GOVERNMENT PROVES, BEYOND A

REASONABLE DOUBT, THAT ANOTHER PERSON

ACTUALLY COMMITTED THE CHARGED OFFENSE AND

**THE DEFENDANT AIDED OR ABETTED THAT PERSON IN THE COMMISSION OF THE CHARGED OFFENSE, MEANING THAT THE DEFENDANT WILLFULLY AND KNOWINGLY ASSOCIATED HIMSELF IN SOME WAY WITH THE CRIME, AND THAT HE PARTICIPATED IN THE CRIME BY DOING SOME ACT TO HELP MAKE THE CRIME SUCCEED.**

## COUNT 4: CONSPIRACY TO COMMIT MONEY LAUNDERING

THE FINAL COUNT OF THE INDICTMENT CHARGES

THE DEFENDANT WITH CONSPIRING TO ENGAGE IN

MONEY LAUNDERING.  COUNT FOUR READS IN

SUBSTANTIAL PART AS FOLLOWS:

IN OR ABOUT AND BETWEEN AUGUST 2010 AND JUNE

2013, BOTH DATES BEING APPROXIMATE AND INCLUSIVE,

WITHIN THE EASTERN DISTRICT OF NEW YORK AND

ELSEWHERE, THE DEFENDANT DARIUS XAVIER JOHNSON,

TOGETHER WITH OTHERS, DID KNOWINGLY AND

INTENTIONALLY CONSPIRE TO ENGAGE IN ONE OR MORE

MONETARY TRANSACTIONS IN AND AFFECTING

INTERSTATE COMMERCE IN CRIMINALLY DERIVED

PROPERTY OF A VALUE GREATER THAN $10,000 THAT

WAS DERIVED FROM SPECIFIED UNLAWFUL ACTIVITY,

TO WIT: MAIL FRAUD AND WIRE FRAUD.

THE RELEVANT STATUTE FOR COUNT FOUR IS

SECTION 1956(H) OF TITLE 18 OF THE UNITED STATES

CODE, WHICH PROVIDES, IN PERTINENT PART, THAT:

"ANY PERSON WHO CONSPIRES TO COMMIT

[MONEY LAUNDERING]. . . SHALL [HAVE

COMMITTED AN OFFENSE]."

## COUNT 4 – CONSPIRACY

I HAVE ALREADY EXPLAINED THE LAW OF

CONSPIRACY, AND THOSE INSTRUCTIONS APPLY

EQUALLY TO COUNT FOUR.  THUS, IN ORDER TO PROVE

THE CRIME OF CONSPIRACY TO COMMIT MONEY

LAUNDERING CHARGED IN COUNT FOUR, THE

GOVERNMENT MUST ESTABLISH THE FOLLOWING

ELEMENTS OF THE CRIME BEYOND A REASONABLE

DOUBT.

FIRST, THAT TWO OR MORE PERSONS ENTERED INTO

THE CHARGED CONSPIRACY; AND

SECOND, THAT THE DEFENDANT KNOWINGLY AND

WILLFULLY JOINED AND PARTICIPATED IN THE

CONSPIRACY.

THE DETAILED INSTRUCTIONS THAT I PROVIDED TO YOU ON THE ELEMENTS OF CONSPIRACY APPLY EQUALLY HERE, EVEN THOUGH I WILL NOT REPEAT THEM.

## COUNT FOUR – 18 U.S.C. § 1957 (ENGAGING IN MONETARY TRANSACTIONS IN PROPERTY DERIVED FROM SPECIFIED UNLAWFUL ACTIVITY)

TO DETERMINE WHETHER THE GOVERNMENT HAS

PROVED BEYOND A REASONABLE DOUBT THAT THE

DEFENDANT ENGAGED IN AN ILLEGAL MONEY

LAUNDERING CONSPIRACY, YOU MUST ALSO

UNDERSTAND THE CRIMES THAT COUNT FOUR CHARGES

HIM WITH AGREEING TO COMMIT, WHICH CAN BE

FOUND AT SECTION 1957 OF TITLE 18 OF THE UNITED

STATES CODE.

SECTION 1957 MAKES IT A CRIME TO KNOWINGLY

ENGAGE IN A MONETARY TRANSACTION IN CRIMINALLY

DERIVED PROPERTY OF A VALUE GREATER THAN $10,000,

WHAT HAS BEEN REFERRED TO AS "MONEY

LAUNDERING." SPECIFICALLY, SECTION 1957 PROVIDES:

WHOEVER . . . KNOWINGLY ENGAGES . . .

IN A MONETARY TRANSACTION IN

CRIMINALLY DERIVED PROPERTY THAT

IS OF A VALUE GREATER THAN $10,000

AND IS DERIVED FROM SPECIFIED

UNLAWFUL ACTIVITY [AND DOES SO

EITHER] IN THE UNITED STATES OR IN

THE SPECIAL MARITIME AND

TERRITORIAL JURISDICTION OF THE

UNITED STATES . . . [COMMITS A CRIME].

I WILL NOW GIVE YOU ADDITIONAL INSTRUCTIONS

REGARDING THE ELEMENTS OF MONEY LAUNDERING.

## COUNT FOUR – ELEMENTS OF THE OFFENSE

IN ORDER TO PROVE THE CRIME OF ENGAGING IN MONETARY TRANSACTIONS IN PROPERTY DERIVED FROM SPECIFIED UNLAWFUL ACTIVITY IN VIOLATION OF SECTION 1957, THE GOVERNMENT MUST ESTABLISH BEYOND A REASONABLE DOUBT EACH OF THE FOLLOWING ELEMENTS:

**FIRST**, THAT THE DEFENDANT ENGAGED IN A MONETARY TRANSACTION IN OR AFFECTING INTERSTATE COMMERCE.

**SECOND**, THAT THE MONETARY TRANSACTION INVOLVED CRIMINALLY DERIVED PROPERTY OF A VALUE GREATER THAN $10,000.

**THIRD**, THAT THE PROPERTY WAS DERIVED FROM

SPECIFIED UNLAWFUL ACTIVITY.

**FOURTH**, THAT THE DEFENDANT ACTED KNOWINGLY, THAT IS, WITH KNOWLEDGE THAT THE TRANSACTION INVOLVED PROCEEDS OF A CRIMINAL OFFENSE.

**FIFTH**, THAT THE TRANSACTION TOOK PLACE IN THE UNITED STATES.

## FIRST ELEMENT – ENGAGING IN A MONETARY TRANSACTION

THE **FIRST** ELEMENT THAT THE GOVERNMENT MUST PROVE BEYOND A REASONABLE DOUBT IS THAT THE DEFENDANT ENGAGED IN A MONETARY TRANSACTION IN OR AFFECTING INTERSTATE COMMERCE.

THE TERM "**MONETARY TRANSACTION**" MEANS THE DEPOSIT, WITHDRAWAL, TRANSFER, OR EXCHANGE, IN OR AFFECTING INTERSTATE OR FOREIGN COMMERCE, OF FUNDS OR A MONETARY INSTRUMENT BY, THROUGH, OR TO A FINANCIAL INSTITUTION.

THE TERM "**INTERSTATE OR FOREIGN COMMERCE**" MEANS COMMERCE BETWEEN ANY COMBINATION OF STATES, TERRITORIES, OR POSSESSIONS OF THE UNITED STATES, OR BETWEEN THE UNITED STATES AND A

FOREIGN COUNTRY.

YOU MUST FIND THAT THE TRANSACTION AFFECTED INTERSTATE COMMERCE IN SOME WAY, HOWEVER MINIMAL. THIS EFFECT ON INTERSTATE COMMERCE CAN BE ESTABLISHED IN SEVERAL WAYS.

**FIRST**, ANY MONETARY TRANSACTION WITH A FINANCIAL INSTITUTION INSURED BY THE FDIC AFFECTS INTERSTATE COMMERCE, SO IF YOU FIND THAT EITHER HSBC BANK OR JP MORGAN CHASE BANK WAS INSURED BY THE FDIC THAT IS ENOUGH TO ESTABLISH THAT THE TRANSACTION AFFECTED INTERSTATE COMMERCE.

**SECOND**, IF YOU FIND THAT THE SOURCE OF THE FUNDS USED IN THE TRANSACTION AFFECTED INTERSTATE COMMERCE, THAT IS SUFFICIENT AS WELL.

**THIRD**, IF YOU FIND THAT THE TRANSACTION ITSELF INVOLVED AN INTERSTATE TRANSFER OF FUNDS, THAT WOULD ALSO BE SUFFICIENT.

HERE, THE PARTIES HAVE STIPULATED THAT THE MONETARY TRANSACTIONS AT ISSUE AFFECTED INTERSTATE COMMERCE IN SOME WAY. ACCORDINGLY, YOU SHOULD REGARD THAT STIPULATED FACT AS TRUE.

## SECOND ELEMENT – TRANSACTION INVOLVED CRIMINALLY DERIVED PROPERTY

THE SECOND ELEMENT THAT THE GOVERNMENT MUST PROVE BEYOND A REASONABLE DOUBT IS THAT THE MONETARY TRANSACTION INVOLVED CRIMINALLY DERIVED PROPERTY HAVING A VALUE IN EXCESS OF $10,000.

THE TERM "CRIMINALLY DERIVED PROPERTY" MEANS ANY PROPERTY CONSTITUTING, OR DERIVED FROM, PROCEEDS OBTAINED FROM A CRIMINAL OFFENSE.

THE TERM "PROCEEDS" MEANS ANY PROPERTY DERIVED FROM OR OBTAINED OR RETAINED, DIRECTLY OR INDIRECTLY, THROUGH SOME FORM OF UNLAWFUL

ACTIVITY, INCLUDING THE GROSS RECEIPTS OF SUCH

ACTIVITY.

THE GOVERNMENT IS NOT REQUIRED TO PROVE

THAT ALL OF THE PROPERTY INVOLVED IN THE

TRANSACTION WAS CRIMINALLY DERIVED PROPERTY.

HOWEVER, THE GOVERNMENT MUST PROVE THAT MORE

THAN $10,000 OF THE PROPERTY INVOLVED WAS

CRIMINALLY DERIVED PROPERTY.

## THIRD ELEMENT – PROPERTY DERIVED FROM SPECIFIED UNLAWFUL ACTIVITY

THE THIRD ELEMENT THAT THE GOVERNMENT

MUST PROVE BEYOND A REASONABLE DOUBT IS THAT

THE DEFENDANT KNEW THAT THE PROPERTY INVOLVED

IN THE FINANCIAL TRANSACTION WAS THE PROCEEDS

OF SOME FORM OF UNLAWFUL ACTIVITY.

I INSTRUCT YOU THAT THIS ELEMENT REFERS TO A

REQUIREMENT THAT THE DEFENDANT KNEW THE

PROPERTY INVOLVED IN THE TRANSACTION

REPRESENTED PROCEEDS FROM SOME FORM, THOUGH

NOT NECESSARILY WHICH FORM, OF ACTIVITY THAT

CONSTITUTES A CRIMINAL OFFENSE UNDER STATE OR

FEDERAL LAW. I INSTRUCT YOU AS A MATTER OF LAW

# THAT MAIL FRAUD AND WIRE FRAUD ARE EACH

# CRIMINAL OFFENSES.

## FOURTH ELEMENT – KNOWLEDGE

THE FOURTH ELEMENT THAT THE GOVERNMENT MUST PROVE BEYOND A REASONABLE DOUBT IS THAT THE DEFENDANT <u>KNOWINGLY</u> ENGAGED IN AN UNLAWFUL MONETARY TRANSACTION, AS DISCUSSED ABOVE.

I INSTRUCT YOU THAT IN A PROSECUTION FOR AN OFFENSE UNDER THIS SECTION, THE GOVERNMENT IS NOT REQUIRED TO PROVE THAT THE DEFENDANT KNEW THE PARTICULAR OFFENSE FROM WHICH THE CRIMINALLY DERIVED PROPERTY WAS DERIVED. HOWEVER, THE GOVERNMENT MUST PROVE BEYOND A REASONABLE DOUBT THAT THE TRANSACTION INVOLVED <u>CRIMINALLY DERIVED PROPERTY</u>, WHICH, I

REMIND YOU, MEANS ANY PROPERTY CONSTITUTING, OR

DERIVED FROM, PROCEEDS OBTAINED FROM A

CRIMINAL OFFENSE.

IF YOU FIND THAT THE GOVERNMENT HAS

ESTABLISHED, BEYOND A REASONABLE DOUBT, THAT

THE DEFENDANT KNEW THAT THE TRANSACTION

INVOLVED PROPERTY DERIVED FROM A CRIMINAL

OFFENSE, THEN THIS ELEMENT IS SATISFIED.

# FIFTH ELEMENT – TRANSACTION TOOK PLACE IN THE UNITED STATES

**THE FIFTH ELEMENT WHICH THE GOVERNMENT**

**MUST PROVE BEYOND A REASONABLE DOUBT IS THAT**

**THE TRANSACTION TOOK PLACE IN THE UNITED STATES.**

# GOOD FAITH

GOOD FAITH IS A COMPLETE DEFENSE TO THE CHARGES IN THIS CASE.

IF THE DEFENDANT BELIEVED IN GOOD FAITH THAT HE WAS ACTING PROPERLY, EVEN IF HE WAS MISTAKEN IN THAT BELIEF, AND EVEN IF OTHERS WERE INJURED BY HIS CONDUCT, THERE WOULD BE NO CRIME.

THE BURDEN OF ESTABLISHING LACK OF GOOD FAITH AND CRIMINAL INTENT RESTS ON THE GOVERNMENT.  A DEFENDANT IS UNDER NO BURDEN TO PROVE HIS GOOD FAITH; RATHER, THE GOVERNMENT MUST PROVE BAD FAITH OR KNOWLEDGE OF FALSITY BEYOND A REASONABLE DOUBT.

# INTRODUCTION TO DELIBERATIONS AND SELECTING A FOREPERSON

YOU ARE ABOUT TO GO INTO THE JURY ROOM, MEMBERS OF THE JURY, TO BEGIN YOUR DELIBERATIONS.  THAT BRINGS US TO THE THIRD AND FINAL PART OF MY CHARGE WHICH PROVIDES SOME GENERAL RULES REGARDING YOUR DELIBERATIONS.

IN ORDER THAT YOUR DELIBERATIONS MAY PROCEED IN AN ORDERLY FASHION, FIRST YOU SHOULD HAVE A FOREPERSON.  TRADITIONALLY, JUROR NUMBER ONE ACTS AS FOREPERSON.  OF COURSE, HIS OR HER VOTE IS ENTITLED TO NO GREATER WEIGHT THAN THAT OF ANY OTHER JUROR.

139

## DELIBERATIONS

KEEP IN MIND THAT NOTHING I HAVE SAID IN THESE INSTRUCTIONS IS INTENDED TO SUGGEST TO YOU IN ANY WAY WHAT I THINK YOUR VERDICT SHOULD BE.  THAT IS ENTIRELY FOR YOU TO DECIDE.

BY WAY OF REMINDER, I CHARGE YOU ONCE AGAIN THAT IT IS YOUR RESPONSIBILITY TO JUDGE THE FACTS IN THIS CASE FROM THE EVIDENCE PRESENTED DURING THE TRIAL AND TO APPLY THE LAW AS I HAVE GIVEN IT TO YOU TO THE FACTS AS YOU FIND THEM FROM THE EVIDENCE.

WHEN YOU RETIRE, IT IS YOUR DUTY TO DISCUSS THE CASE FOR THE PURPOSE OF REACHING AGREEMENT IF YOU CAN DO SO.  EACH OF YOU MUST DECIDE THE

CASE FOR YOURSELF, BUT SHOULD ONLY DO SO AFTER

CONSIDERING ALL THE EVIDENCE, LISTENING TO THE

VIEWS OF YOUR FELLOW JURORS, AND DISCUSSING IT

FULLY.  IT IS IMPORTANT THAT YOU REACH A VERDICT

IF YOU CAN DO SO CONSCIENTIOUSLY.  YOU SHOULD NOT

HESITATE TO RECONSIDER YOUR OPINIONS FROM TIME

TO TIME AND TO CHANGE THEM IF YOU ARE CONVINCED

THAT THEY ARE WRONG.  HOWEVER, DO NOT

SURRENDER AN HONEST CONVICTION AS TO WEIGHT

AND EFFECT OF THE EVIDENCE SIMPLY TO ARRIVE AT A

VERDICT.

## UNANIMOUS VERDICT

**ANY VERDICT YOU REACH MUST BE UNANIMOUS.**

**THAT IS, WITH RESPECT TO EACH COUNT, YOU MUST ALL**

**AGREE AS TO WHETHER YOUR VERDICT IS GUILTY OR**

**NOT GUILTY AS TO THAT COUNT.**

## TIME AND PLACE OF DELIBERATIONS

DELIBERATIONS ARE TO TAKE PLACE ONLY IN THE JURY ROOM.  YOU WILL NOT DISCUSS THIS CASE WITH ANYONE OUTSIDE THE JURY ROOM.  AND THAT INCLUDES YOUR FELLOW JURORS.  YOU WILL ONLY DISCUSS THE CASE WHEN ALL 12 DELIBERATING JURORS ARE TOGETHER, IN THE JURY ROOM, WITH NO ONE ELSE PRESENT, BEHIND THE CLOSED DOOR.  AT NO OTHER TIME IS THERE TO BE ANY DISCUSSION ABOUT THE MERITS OF THE CASE.  PERIOD.

## NO CONSIDERATION OF PUNISHMENT

FINALLY, YOU CANNOT ALLOW A CONSIDERATION OF THE PUNISHMENT WHICH MAY BE IMPOSED UPON THE DEFENDANT, IF CONVICTED, TO INFLUENCE YOUR VERDICT IN ANY WAY OR TO ENTER INTO YOUR DELIBERATIONS.

REGARDLESS, THE DUTY OF IMPOSING A SENTENCE RESTS EXCLUSIVELY WITH ME.  YOUR DUTY IS TO WEIGH THE EVIDENCE IN THE CASE AND TO DETERMINE WHETHER THE GOVERNMENT HAS PROVEN EVERY ELEMENT BEYOND A REASONABLE DOUBT SOLELY UPON SUCH EVIDENCE AND UPON THE LAW WITHOUT BEING INFLUENCED BY ANY ASSUMPTION, CONJECTURE,

**SYMPATHY, OR INFERENCE NOT WARRANTED BY THE**

**FACTS.**

# NO COMMUNICATIONS RULE

AS I AM SURE YOU CAN IMAGINE, IT IS VERY

IMPORTANT THAT YOU NOT COMMUNICATE WITH

ANYONE OUTSIDE THE JURY ROOM ABOUT YOUR

DELIBERATIONS OR ABOUT ANYTHING TOUCHING THIS

CASE.  THERE IS ONLY ONE EXCEPTION TO THIS RULE.  IF

IT BECOMES NECESSARY DURING YOUR DELIBERATIONS

TO COMMUNICATE WITH ME, YOU MAY SEND A NOTE,

THROUGH THE MARSHAL, SIGNED BY YOUR FOREPERSON

OR BY ONE OR MORE MEMBERS OF THE JURY.  NO

MEMBER OF THE JURY SHOULD EVER ATTEMPT TO

COMMUNICATE WITH ME EXCEPT BY A SIGNED WRITING,

AND I WILL NEVER COMMUNICATE WITH ANY MEMBER

OF THE JURY ON ANY SUBJECT TOUCHING THE MERITS

OF THE CASE OTHER THAN IN WRITING, OR ORALLY

HERE IN OPEN COURT. IF YOU SEND ANY NOTES TO THE

COURT, DO NOT DISCLOSE ANYTHING ABOUT YOUR

DELIBERATIONS. SPECIFICALLY, DO NOT DISCLOSE TO

ANYONE— NOT EVEN TO ME— HOW THE JURY STANDS,

NUMERICALLY OR OTHERWISE, ON THE QUESTION OF

THE GUILT OR INNOCENCE OF THE DEFENDANT, UNTIL

AFTER YOU HAVE REACHED A UNANIMOUS VERDICT ON

EACH COUNT OR HAVE BEEN DISCHARGED.

## JURY RECOLLECTION AND JURY NOTES

KEEP IN MIND, TOO, THAT IN DELIBERATIONS, THE

JURY'S RECOLLECTION GOVERNS, NOBODY ELSE'S.  NOT

THE COURT'S -- IF I HAVE MADE REFERENCE TO THE

TESTIMONY -- AND NOT COUNSEL'S RECOLLECTION.  IT

IS <u>YOUR</u> RECOLLECTION THAT MUST GOVERN DURING

YOUR DELIBERATIONS.  IF NECESSARY, DURING THOSE

DELIBERATIONS, YOU MAY REQUEST BY JURY NOTE A

READING FROM THE TRIAL TRANSCRIPT THAT MAY

REFRESH YOUR RECOLLECTION.

PLEASE, AS BEST YOU CAN, TRY TO BE AS SPECIFIC

AS POSSIBLE IN YOUR REQUESTS FOR READ BACKS; IN

OTHER WORDS, IF YOU ARE INTERESTED ONLY IN A

PARTICULAR PART OF A WITNESS'S TESTIMONY, PLEASE

INDICATE THAT TO US. IT MAY TAKE SOME TIME FOR US

TO LOCATE THE TESTIMONY IN THE TRANSCRIPTS, SO

PLEASE BE PATIENT. AND, AS A GENERAL MATTER, IF

THERE IS EVER A DELAY IN RESPONDING TO A JURY

NOTE, PLEASE UNDERSTAND THERE IS A REASON FOR IT.

NONE OF US GOES ANYWHERE. AS SOON AS A JURY NOTE

IS DELIVERED TO THE COURT BY THE MARSHAL, WE

TURN OUR ATTENTION TO IT IMMEDIATELY.

IN THE SAME WAY, IF YOU HAVE ANY QUESTIONS

ABOUT THE APPLICABLE LAW OR YOU WANT A FURTHER

EXPLANATION FROM ME, SEND ME A NOTE. WE WILL

PROVIDE A RESPONSE AS SOON AS WE CAN.

## COMPLETION OF VERDICT SHEET

I HAVE PROVIDED THE JURY WITH A VERDICT SHEET, WHICH IS SELF-EXPLANATORY.  NEEDLESS TO SAY, HOWEVER, IF YOU HAVE ANY QUESTIONS ABOUT THE VERDICT SHEET, DO NOT HESITATE TO SEND THE COURT A NOTE ASKING FOR FURTHER INSTRUCTIONS.

WITH RESPECT TO EACH COUNT, YOU ARE TO RESOLVE INDIVIDUALLY THE ISSUE OF WHETHER THE GOVERNMENT HAS ESTABLISHED BEYOND A REASONABLE DOUBT THE ESSENTIAL ELEMENTS OF THE OFFENSE AS I HAVE DESCRIBED THEM TO YOU.  THAT IS, YOU MUST ALL AGREE UNANIMOUSLY AS TO WHETHER YOUR VERDICT IS GUILTY OR NOT GUILTY.

WHEN YOU HAVE REACHED A DECISION, HAVE THE

FOREPERSON RECORD THE ANSWERS, SIGN THE VERDICT

FORM, AND PUT THE DATE ON IT -- AND NOTIFY THE

MARSHAL BY NOTE THAT YOU HAVE REACHED A

VERDICT.  BRING THE COMPLETED VERDICT SHEET WITH

YOU WHEN SUMMONED BY THE COURT.

# BIAS

YOU MUST NOT BE INFLUENCED BY SYMPATHY,

PREJUDICE, OR PUBLIC OPINION.  I REMIND YOU AT THE

OUTSET THAT EACH OF YOU HAS UNDERTAKEN A

SOLEMN OBLIGATION, A SWORN OBLIGATION, TO

DECIDE THIS CASE SOLELY ON THE EVIDENCE.  YOU

MUST CAREFULLY AND IMPARTIALLY CONSIDER THE

EVIDENCE, FOLLOW THE LAW AS I STATE IT, AND REACH

A JUST VERDICT, REGARDLESS OF THE CONSEQUENCES.

# JUROR'S OATH OF DUTY

AS YOU BEGIN YOUR DELIBERATIONS, REMEMBER YOUR OATH SUMS UP YOUR DUTY – AND THAT IS – WITHOUT FEAR OR FAVOR TO ANY PERSON OR PARTY, YOU WILL WELL AND TRULY TRY THE ISSUES IN THIS CASE ACCORDING TO THE EVIDENCE GIVEN TO YOU IN COURT AND THE LAWS OF THE UNITED STATES.

# [INTENTIONALLY LEFT BLANK]

## PAUSE FOR EXCEPTIONS TO CHARGE

MEMBERS OF THE JURY, I ASK YOUR PATIENCE FOR A FEW MOMENTS LONGER.  IT MAY BE NECESSARY FOR ME TO SPEND A FEW MOMENTS WITH COUNSEL AND THE REPORTER AT THE SIDE BAR.  IF SO, I WILL ASK YOU TO REMAIN PATIENTLY IN THE BOX, WITHOUT SPEAKING TO EACH OTHER, AND WE WILL RETURN IN JUST A MOMENT TO SUBMIT THE CASE TO YOU.

THANK YOU AGAIN FOR YOUR TIME AND ATTENTIVENESS.